

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Robert A. Zauzmer*
*Direct Dial: (215) 861-8568*
*Facsimile: (215) 861-8497*
*E-mail Address: bob.zauzmer@usdoj.gov*

*615 Chestnut Street*

*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

April 7, 2008

The Honorable William H. Yohn, Jr.
United States District Judge
14613 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1753

Re:    United States v. Vincent J. Fumo, et al.
Criminal No. 06-00319

Dear Judge Yohn:

Pursuant to the Court's order dated November 6, 2007, I enclose for the Court's convenience a courtesy copy of the Government's Preliminary Exhibit List.  The pleading has been filed electronically with the Clerk of Court, and a copy has been served on counsel for the defendants.

The list includes gaps of unassigned numbers, to be used as warranted when other exhibits are identified in the course of our trial preparation.  Entries marked with an asterisk are exhibits, mostly trial summaries and supporting documentation, which have been identified but not yet completed.

Respectfully yours,

PATRICK L. MEEHAN
United States Attorney

/s Robert A. Zauzmer
JOHN J. PEASE
ROBERT A. ZAUZMER
Assistant United States Attorneys

cc:    See Certificate of Service

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-319 |
| | : | |
| VINCENT J. FUMO | : | |
| RUTH ARNAO | : | |
| LEONARD P. LUCHKO | : | |
| MARK C. EISTER | : | |

## GOVERNMENT'S PRELIMINARY EXHIBIT LIST

FRAUD ON THE SENATE -- COUNTS 1 TO 64

Fraud on the Senate -- Use of Senate Employees as Campaign Aides

1    July 12, 2001 e-mail from Vanessa DeSalvo to Fumo entitled "Please give this to Bob, Pat and Matt ASAP!!!"

2    July 16-17, 2001 e-mail exchange among Fumo, Marrone, Coyne, and Ken Snyder entitled "20/20 Story."

3    July 18, 2001 e-mail exchange between Fumo and Marrone entitled "A taxing situation for Street's blight fight."

4    August 3, 2001 e-mail exchange between Fumo and Marrone entitled "Broadening N.J. options, Corzine gives PAC $700,000."

5    August 7, 2001 e-mail exchange between Fumo and Marrone entitled "Contributors to Casey and Rendell Campaigns."

6    August 9, 2001 untitled e-mail exchange between Fumo and Marrone.

7    February 14, 2002 memo from Ruth Arnao to Gina Novelli and Jamie Spagna, entitled "Duties."

8       June 18, 2002 e-mail from Coyne to Fumo, Dlugolecki, and other staff members, entitled "Tuesday June 18, 2002."

9       July 7, 2002 e-mail exchange among Fumo, Leonard Luchko, and Dan Coyne (copy to Wilson and Arnao) entitled "Digital Photo."

10      August 24-25, 2003 e-mail exchange between Luchko and Deborah Maguire, regarding "DSL Line."

11      Federal Express invoice dated April 29, 2003, regarding April 22, 2003 shipment of parcel from Jamie Spagna at Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania, to Bill Lincoln, Lincoln for County Commissioner, Connellsville, PA.

12      December 4, 2003 letter from Vincent J. Fumo to Steve Genyk, Legg Mason, inviting him to third annual Philly Pops fundraising concert, for $2,500 per couple.

13      February 1, 2004 e-mail from Pauciello to Wilson entitled "Campaign list."

14      February 10, 2004 e-mail from Jamie Spagna to Fumo staff, entitled "Pa leadership Pac."

15      March 1, 2004 e-mail from Wilson to Fumo entitled "Vehicle PA systems."

16      September 17, 2004 letter from Vincent J. Fumo to Tony Podesta inviting him to an "intimate reception" at Fumo's home, asking for $5,000 per person and $10,000 per person for cocktail party and dinner.

17      May 10, 2005 memorandum from Jamie Spagna to Fumo listing Truman dinner attendees who did not pay.

18      Minutes of campaign meeting on February 18, 2004.

19      Minutes of campaign meeting on February 26, 2004.

20      Minutes of campaign meeting on March 19, 2004.

21      Minutes of campaign meeting on April 1, 2004.

22      April 20, 2004 Federal Express invoice regarding April 12, 2004 shipment of parcel from Jamie Spagna at Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania, to JEF Associates, 893 Dewey St., West Springfield, MA 01089.

23      Minutes of campaign meeting on April 15, 2004.

24      April 27, 2004 Federal Express invoice regarding April 19, 2004 shipment of parcel from Jamie Spagna at Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania, to D4 Creative Group, 161 Reverington Ave., Ste. 1001, Philadelphia, PA 19127.

25      April 27, 2004 Federal Express invoice regarding April 20, 2004 shipment from Jamie Spagna at Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania, to Lester Telemarketing, 19 Business Park Drive, Branford, CT 06405.

*26     Selection of campaign finance reports of Fumo for Senate, 2000 to 2006.

*27     Selection of campaign finance reports for Pennsylvania 2100, 2000-2006.

*28     Campaign finance reports for Committee for Democratic Majority, 2000-2006.

*29     Documents on PC card of Jamie Spagna.

30      Photograph of Jamie Spagna's office, taken on Feb. 18, 2005.


Fraud on the Senate -- Senate Pay Records

50      Senate of Pennsylvania Job Classification & Pay Plan, effective April 26, 1994.

51      Senate of Pennsylvania Pay Management Plan, July 1, 2005.

52      Excerpts of Senate personnel file of Gina Novelli, nee Gina Cozzi.

53      Excerpts of Senate personnel file of Jamie Spagna.

*54     Summary of payments to Ruth Arnao from Citizens Alliance and its subsidiaries.

- 3 -

55      Excerpts of Senate personnel file of Ruth Arnao.

56      Excerpts of Senate personnel file of Susan Skotnicki, nee Swett.

57      Senate of Pennsylvania Leave Policy, effective January 1, 1998, amended June 21, 2005.

58      UPS invoice dated March 16, 2002, regarding shipment on March 1, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania, containing paycheck No. 38070 issued by Sovereign Bank for Gina Novelli and paycheck no. 38059 issued by Sovereign Bank for Lisa Costello.

59      UPS invoice dated March 30, 2002, regarding shipment on March 15, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck No. 45819 issued by Sovereign Bank for Gina Novelli and paycheck no. 45808 issued by Sovereign Bank for Lisa Costello.

60      UPS invoice dated April 6, 2002, regarding shipment on April 2, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 52914 issued by Sovereign Bank for Christian Marrone, paycheck no. 52906 issued by Sovereign Bank for Lisa Costello, paycheck no. 52916 issued by Sovereign Bank for Person David Nelson, and paystub for Lou Leonetti.

61      UPS invoice dated April 20, 2002, regarding showing shipment on April 12, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 9681927 issued by M&T Bank for Christian Marrone, paycheck no. 9681920 issued by M&T Bank for Lisa Costello, paycheck no. 9681929 issued by M&T Bank for David Nelson, and paystub for Lou Leonetti.

62      UPS invoice dated May 11, 2002, regarding shipment on May 10, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 72003 issued by Sovereign Bank for Christian Marrone and paystub for Ruth Arnao.

63      UPS invoice dated May 25, 2002, regarding shipment on May 24, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 10564071 issued by Wachovia Bank for Christian Marrone and paystub for Ruth Arnao.

64      UPS invoice dated July 13, 2002, regarding shipment on July 8, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 3293745 issued by Ameriserv Bank for Rosanne Pauciello.

65      UPS invoice dated July 27, 2002, regarding shipment on July 22, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 10661566 issued by Wachovia Bank for Rosanne Pauciello.

66      UPS invoice dated August 24, 2002, regarding shipment on August 16, 2002 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystub for Ruth Arnao.

67      UPS invoice dated January 11, 2003 regarding shipment on January 6, 2003 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 150223 issued by Sovereign Bank for Don Wilson.

68      UPS invoice dated April 19, 2003, regarding April 11, 2003 shipment of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 4819254 issued by National City Bank for Jamie Spagna.

69      UPS invoice dated May 3, 2003 regarding shipment on April 25, 2003 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 11233952 issued by Wachovia Bank for Jamie Spagna.

70      UPS invoice dated August 9, 2003 regarding shipment on August 4, 2003 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no.

5035709 issued by National City Bank for David Nelson, and paystub for Leonard P. Luchko.

71    UPS invoice dated August 16, 2003 regarding shipment on August 15, 2003 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 44794923 issued by Fulton Bank for Rosanne Pauciello, paycheck no. 44794921 issued by Fulton Bank for David Nelson, and paystubs for Lou Leonetti and Leonard P. Luchko.

72    UPS invoice dated January 10, 2004, regarding shipment on January 5, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystub for Maryann Quartullo and Lillian Cozzo.

73    UPS invoice dated January 31, 2004, regarding shipment on January 29, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystubs for Don Wilson and Ruth Arnao.

74    UPS invoice dated February 14, 2004, regarding shipment on February 13, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystubs for Don Wilson and Ruth Arnao.

75    UPS invoice dated May 15, 2004, regarding shipment on May 11, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 5444908 issued by National City Bank for Jamie Spagna.

76    UPS invoice dated May 29, 2004, regarding shipment on May 21, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paycheck no. 47231171 issued by Fulton Bank for Jamie Spagna.

77    UPS invoice dated December 11, 2004, regarding shipment on December 6, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystubs for Maryann Quartullo and Leonard P. Luchko.

78      UPS invoice dated December 18, 2004 regarding shipment on December 17, 2004 of parcel from the State Capitol in Harrisburg, Pennsylvania to Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania containing paystub for Maryann Quartullo.

79      Salary Distribution Information Sheet prepared by Senate Chief Clerk (reflecting payments listed in Exhibits 58-78, as well as wire transmissions described in Counts 35, 38, 40, 42, 43, 44, 45, 46, 48, 49, 50, 51, 52, 53, 54, 59, 60 and 64).

80      March 5, 2004 e-mail exchange between Dlugolecki and Maguire entitled "Employee Anniversary Notices."

81      March 5, 2004 e-mail exchange between Dlugolecki and Maguire entitled "Job Group/Level for Employees."

82      April 2, 2004 untitled e-mail exchange between Luchko and Maguire regarding raises.

83      November 17 and 22, 2004 e-mail exchange between Dlugolecki and Maguire entitled "Lenny and Don."

84      November 22, 2004 e-mail exchange between Maguire and Luchko entitled "Vacation Leave."

85      November 22, 2004 e-mail from Dlugolecki to Maguire entitled "salary increases."

86      October 5, 2005 e-mail from Eister to Fumo entitled "Thank You."


Fraud on the Senate -- Frank Wallace ("Senate Contractor No. 1")

110     Senate contracts for Frank D. Wallace, 1999-2000 through 2005-2006.

111     Forms 1099 reflecting income paid by the Senate to Frank D. Wallace, 2001-2005.

112     Invoices for services of Frank D. Wallace, 2000-2006.

113     Legislative expense voucher, and June 14, 2002 check no. 04422715 in the amount of $5,200 mailed from Harrisburg, Pennsylvania to Frank Wallace at P.O. Box 371, Flourtown, PA.

114    May 28, 2001 e-mail exchange from Fumo to Hoffman, Engelke, Hanlon, Cozzo, Chern, Costello, Powers, Carbone, D'Alonzo, Tuma, Wallace, Cain, Snyder, Cozzi, and Marrone entitled  "Accident @12th and Tasker!"

115    May 28, 2001 e-mail exchange from Fumo to Hoffman, Wallace, Cain, Snyder, Arnao, and Marrone entitled "Child dies in S. Phila crash that injures 13."

116    June 5-12, 2001 e-mail exchange among Fumo, Wallace, Marrone, and Sprague entitled "ACCIDENT."

117    June 28, 2001 - July 17, 2001 e-mail exchange between Fumo and Marrone entitled "Nova Care."

118    August 15, 2001 untitled e-mail exchange between Fumo and Marrone regarding construction of home in Ocean City.

120    August 31, 2001 e-mail exchange between Wallace and Fumo entitled "ER House."

121    September 7, 2001 e-mail exchange among Fumo, Wallace, and Marrone entitled "ER House."

122    February 22, 2002 fax from Wallace to Steve Coolahan asking Coolahan to do surveillance at Doc's Union Pub.

123    Spreadsheet showing Federal Express shipments of merchandise to Fumo in Florida, including "John Doc's Fund Raiser Union Pub Tape" on February 26, 2002.

124    March 5, 2002 Federal Express invoice regarding shipment on February 26, 2002 of parcel from Senator Fumo's district office at 1208 Tasker Street, Philadelphia, PA to Fumo's home at 130 N. Beach Road, Hobe Sound, FL 33455, containing a video surveillance tape made by Frank Wallace/Steve Coolahan.

125    March 13, 2002 fax from Wallace to Coolahan asking for assistance in surveillance on the fourth floor of City Hall.

126    April 21, 2002 fax from Wallace to Coolahan asking for assistance in investigation of construction of house in No. Wildwood, New Jersey.

127    April 25, 2002 fax from Steve Coolahan to Wallace containing records from the North Wildwood Construction Office.

128    April 25, 2002 untitled e-mail exchange between Ruth Arnao and Jamie Spagna regarding $1,000 CA Holdings check to be picked up by Frank Wallace.

129    April 26, 2002 fax from Steve Coolahan to Wallace containing demolition permit.

130    Steve Coolahan's notes regarding surveillance of Casey campaign sign, May 2-3, 2002.

131    Check no. 105 dated May 2, 2002, from Wallace to Coolahan, for $900.

132    CA Holdings check no. 244, payable to Frank Wallace for $1,000.

133    CA Holdings check no. 254 dated May 10, 2002, payable to Frank Wallace for $2,250.

134    May 12, 2002 e-mail exchange among Fumo, Christopher Craig, Jim Andrews, and Eric Weinberg (copy to Matt Casey, Howard Cain, and Vanessa DiSalvo) entitled "Gun Gays - Important."

135    May 20, 2002 fax from Wallace to Coolahan requesting that he surveil polling places on election day (May 21, 2002), and Coolahan's notes

136    Envelope postmarked May 28, 2002 containing handwritten bill from Coolahan to Wallace with handwritten notation "Ck #109 $1863.40 05-25-02"

137    May 29, 2002 fax from Wallace to Coolahan requesting assistance in surveillance.

138    Steve Coolahan's records regarding investigations of Ron Grabowski and Stephen Davis in May-June 2002.

139    Envelope addressed from Wallace to Coolahan, postmarked September 14, 2002, with notation "Frank Wallace Ck #133 09-02-02 $500.00," and enclosed note.

140    November 6, 2002 e-mail from Fumo to Sue Swett and Vincent Rossi entitled "Got him!!!"

141    November 14, 2002 e-mail exchange between Vincent Rossi and Fumo entitled "John Spera."

142    Envelope addressed from Wallace to Coolahan, postmarked November 19, 2002, with notation "CK #149 $500.00 11-18-02," and handwritten note from Wallace.

143    February 24, 2003 report of Wallace regarding interviews with Donna Aument and Mike Le Fevre concerning Rick Mariano.

144    March 17, 2003 fax from Coolahan to Wallace regarding balance owed.

145    Envelope addressed from Wallace to Coolahan, postmarked March 19, 2003, with notation "Ck #181 03-18-03 Frank Wallace $500.00," and handwritten note.

146    PA 2100 Committee check no. 1141 dated April 25, 2003 to Frank Wallace for $2,500.

147    Fumo for Senate check no. 6714 dated October 19, 2004 to Frank Wallace for $5,000.

148    March 16, 2005 e-mail exchange between Fumo and Wallace entitled "???," regarding result of federal search.

149    April 20, 2005 and April 21-25, 2006 e-mails between Fumo and Frank Wallace entitled "BF," regarding Bruno Ferrara.

150    [Reserved.]

151    [Reserved.]

152    April 12, 2006 e-mail exchange between John Hawkins and Fumo regarding Bruno Ferrara.


Fraud on the Senate -- Howard Cain and Philip Press ("Senate Contractor Nos. 2 and 3")

175    Senate contracts for Howard Cain/Venture Analysis, June 1, 1999 to June 30, 2006.

176    May 25, 2004 untitled e-mail exchange between Sue Swett and Fumo regarding the renewal of Senate contracts for Howard Cain, Michael Palermo, and Mitchell Rubin.

*177    Summary of payments by Fumo entities to Howard Cain or Venture Analysis.

178    Pennsylvania 2100 Committee checks to Venture Analysis, signed by Ed Hanlon:

Check 1078 dated June 25, 2001 for $1,000.

Check 1129 dated October 19, 2002 for $1,500.

Check 1130 dated October 23, 2002 for $1,685.

Check 1131 dated October 30, 2002 for $675.

179    Check 15251 on August 27, 2001 for $7,952, and check 16125 on March 8, 2002 for $5,000, from Kennedy Printing Co. to Venture Analysis.

180    March 10, 2003 e-mail from John Hawkins to Wilson entitled "Help."

181    May 3, 2003 e-mail exchange between John Estey and Fumo entitled "John Lawless."

182    April 30, 2004 e-mail from Cain to Fumo entitled "Revised Poll Numbers and Crosstabs."

183    May 1, 2004 e-mail exchange between Philip Press and John Hawkins entitled "Hugh allen."

184    May 1-2, 2004 e-mail exchange among Cain, Dlugolecki, and Philip Press entitled "Senate payroll."

185    April 29, 2003 Federal Express invoice regarding shipment on April 21, 2003 of parcel sent by Phil Press from Senator Fumo's district office at 1208 Tasker Street, Philadelphia, Pennsylvania, to Bill Fuhry, The Strategy Group, 730 No. Franklin St., Ste. 601, Chicago, IL 60610.

186    May 13, 2003 Federal Express invoice regarding shipment dated May 2, 2003 of parcel sent by Phil Press from Senator Fumo's district office at 1208 Tasker Street,

- 11 -

Philadelphia, Pennsylvania, to The Strategy Group, 730 No. Franklin St., Ste 601, Chicago, IL 60610.

187    June 8, 2004 untitled e-mail exchange between Fumo and Cain regarding Cain's meeting with Verizon's attorney, Melissa Maxman.

188    August 17, 2004 e-mail exchange between Luchko and Maguire entitled "Toughbooks."

189    October 31, 2004 e-mail from Fumo to Alycia Lane entitled "We ARE Going to WIN :-)"

190    November 3, 2004 e-mail from Cain to Fumo entitled "Post Election."


Fraud on the Senate -- Christian Marrone ("Person No. 19")

210    Excerpt of personnel file of Christian Marrone.

211    October 5, 1998 e-mail exchange among Marrone, Vincent Fumo, and Jane Fumo, entitled "Sub-Basement Ceiling."

212    July 8, 1999 e-mail from Fumo to Cozzo (copy to Nicole Fumo and Dottie Egrie) entitled "Thursday - Reply."

213    November 9, 1999 e-mail exchange between Fumo and Marrone entitled "Green St."

214    December 26, 1999 e-mail exchange between Fumo and Marrone entitled "Tom Colosimo."

215    December 28-30,1999 e-mail exchange between Fumo and Marrone entitled "Heat."

216    January 10, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

217    [Reserved.]

218    January 10-11, 2000 e-mail exchange between Fumo and Marrone entitled "Colosimo."

219    January 19, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

220    January 26-27, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

221    January 27, 2000 e-mail exchange between Fumo and Marrone entitled "Lighting at Green Street."

222    January 27, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

223    January 27-28, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street Heating."

224    February 17, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

225    February 26, 2000 e-mail exchange between Fumo and Marrone entitled "Verducci."

226    March 1, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

227    May 11-17, 2000 e-mail exchange between Fumo and Marrone re "Kohler;" the May 24, 2000 e-mail on this same subject has a blank subject line.

228    October 4, 2000 e-mail exchange among Fumo, Pauciello, and Marrone entitled "LEAKS!!!!!!!!!!!!!!!"

229    October 5, 2000 e-mail exchange between Fumo and Marrone entitled "Digital TV."

230    October 18, 2000 e-mail exchange between Fumo and Marrone entitled "Back yard leak."

231    October 18, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street plumbing."

232    October 30-31, 2000 e-mail exchange between Fumo and Marrone entitled "Plumbing - Green Street."

233    October 26-27, 2000 e-mail exchanges among Fumo, Cozzo, and Marrone entitled "Green Street."

234    October 31, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street / Garden."

235    November 3, 2000 e-mail exchange between Fumo and Marrone entitled "Painting."

236    November 9, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

237    November 9, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

238    November 10, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

239    November 11, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

240    November 13, 2000 e-mail from Fumo to Marrone entitled "Green Street."

241    November 15, 2000 e-mail exchange between Peter Nero and Marrone entitled "Customer to expand customer base by 41%."

242    November 17, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

243    November 18-20, 2000 e-mail exchange among Fumo, Lillian Cozzo, and Marrone entitled "Outside water."

244    November 20, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

245    November 24, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

246    November 24, 2000 e-mail exchange between Fumo and Marrone entitled "Green Street."

247    November 24, 2000 e-mail exchange from Fumo to Marrone and Cozzo entitled "Tom Colosimo."

248    November 28-29, 2000 e-mail exchange between Fumo and Marrone entitled "PJ."

249    November 26-29, 2000 e-mail exchange between Fumo and Marrone entitled "Security camera @ Green St."

250    November 29, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

251    December 1, 2000 e-mail exchange among Fumo, Pauciello, Marcus, Arnao, and Egrie entitled "Green Street."

252    December 2, 2000 e-mail exchange between Fumo and Marrone entitled "Green St."

253    December 2, 2000 e-mail from Fumo to Marrone entitled "Green Street."

254    December 2, 2000 e-mail from Fumo to Marrone entitled "Green ST. garage."

255    December 2, 2000 e-mail from Fumo to Marrone entitled "Granite top."

256    December 2, 2000 e-mail exchange between Fumo and Marrone entitled "Heat - Green Street."

257    December 2, 2000 e-mail exchange between Fumo and Marrone entitled "Heat - Green Street."

258    December 3, 2000 e-mail from Fumo to Marrone entitled "Papas."

259    December 3, 2000 e-mail from Fumo to Marrone entitled "Green Street - lighting."

260    December 3, 2000 e-mail from Fumo to Marrone entitled "Roof deck."

261    December 3, 2000 e-mail from Fumo to Marrone entitled "Alarm."

262     December 3, 2000 e-mail from Fumo to Marrone entitled "Tom."

263     December 3, 2000 e-mail from Fumo to Marrone entitled "Tom."

264     December 3, 2000 e-mail from Fumo to Marrone entitled "Colosimo."

265     December 4, 2000 e-mail from Fumo to Marrone entitled "PJ."

266     December 4, 2000 e-mail from Fumo to Marrone entitled "Green Street."

267     December 6, 2000 e-mail exchange between Fumo and Marrone entitled
        "Elevator."

268     December 6, 2000 e-mail exchange from Fumo to Marrone (copy to Cozzo and
        Colosimo) entitled "Green Street."

269     December 7, 2000 e-mail exchange between Fumo and Marrone entitled "Green
        Street."

270     December 7, 2000 e-mail exchange between Fumo and Marrone entitled "Green
        Street."

271     December 7, 2000 e-mail from Fumo to Marrone entitled "Updated list."

272     December 9-10, 2000 e-mail exchange between Fumo and Marrone entitled "Snow
        melting system."

273     December 11, 2000 e-mail exchange between Fumo and Marrone entitled "PJ."

274     December 11, 2000 e-mail from Fumo to Marrone entitled
        "LEAKS!!!!!!!!!!!!!!!FUCK-FUCK-FUCK!!!!!!!!!!!!!!!"

275     December 11-12, 2000 e-mail exchange between Fumo and Marrone entitled
        "Green St."

276     December 12-13, 2000 e-mail exchange between Fumo and Marrone entitled
        "Mailbox @ Green Street."

277     December 18, 2000 e-mail exchange between Fumo and Marrone entitled
        "Plumber."

- 16 -

278    December 18, 2000 e-mail exchange between Fumo and Marrone entitled "Back Yard."

279    December 18, 2000 e-mails from Fumo to Marrone entitled "Mailbox."

280    December 18, 2000 e-mail from Fumo to Marrone (copy to Colosimo) entitled "Front door intercom."

281    December 18-19, 2000 e-mail exchange between Fumo and Marrone entitled "Hum in phone lines."

282    December 20, 2000 - January 19, 2001 e-mail exchange between Fumo and Marrone entitled "Vestibule door."

283    December 21, 2000 e-mail from Fumo to Marrone entitled "Green Street."

284    December 22, 2000 e-mail from Fumo to Colosimo (copy to Marrone) entitled "Garage door opener."

285    December 22, 2000 e-mail exchange among Fumo, Colosimo, and Marrone entitled "Outdoor light."

286    December 28, 2000 e-mail exchange among Fumo, Arnao, and Marrone entitled "Garage Door."

287    December 31, 2000 - January 3, 2001 e-mail exchange between Fumo and Marrone (copy to Cozzo and Pauciello) entitled "Snow melting."

288    January 3, 2001 e-mail exchange between Fumo and Marrone entitled "Plumbing."

289    January 4, 2001 e-mail exchange between Fumo and Marrone entitled "Garage Door."

290    January 7-8, 2001 e-mail exchange between Fumo and Marrone entitled "Miscl."

291    January 8, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

292    January 9, 2001 e-mail exchange between Fumo and Marrone entitled "Green St."

293    January 10, 2001 e-mail exchange between Fumo and Marrone entitled "Green St."

294    January 19, 2001 e-mail exchange between Fumo and Marrone entitled "Outdoor Light."

295    January 23, 2001 e-mail exchange between Fumo and Marrone entitled "Green St."

296    January 25-26, 2001 e-mail exchange between Fumo and Marrone entitled "Green Street."

297    January 28, 2001 e-mail from Fumo to Marrone entitled "PJ."

298    January 26- March 2, 2001 e-mail exchange between Fumo and Marrone entitled "Elevator Bill."

299    January 28, 2001 e-mail from Fumo to Marrone entitled "Hardware."

300    January 28, 2001 e-mail from Fumo to Marrone entitled "PJ's list."

301    February 3-4, 2001 e-mail exchange between Fumo and Marrone entitled "Heat."

302    February 4, 2001 e-mail exchange between Fumo and Marrone entitled "Electric."

303    February 10, 2001 e-mail exchange between Fumo and Marrone entitled "Green Street."

304    February 28, 2001 e-mail exchange between Fumo and Marrone entitled "Heat."

305    March 2, 2001 e-mail exchange between Fumo and Marrone entitled "Green St."

306    March 2, 2001 e-mail exchange between Fumo and Marrone entitled "Web page suggestion from Christian."

307    March 10-11, 2001 e-mail exchange among Fumo, Cozzo, and Marrone entitled "Painting @ Green St."

308    March 11-12, 2001 e-mail exchange between Fumo and Marrone entitled "Water."

309     March 12, 2001 e-mail from Fumo to Cozzo and Marrone entitled "PJ."

310     March 31 - April 3 2001 e-mail exchange between Fumo and Marrone entitled "Pavement heater."

311     April 22, 2001 e-mail from Fumo to Marrone entitled "Security Elevator."

312     April 25-27, 2001 untitled e-mail exchange between Dottie Egrie and Marrone.

313     May 17, 2001 e-mail from Fumo to Colosimo (copy to Cozzo and Marrone) entitled "Green St. Alarm."

314     June 13, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

315     June 23-25, 2001 e-mail exchange between Fumo and Marrone entitled "Tom Colosimo."

316     June 25, 2001 e-mail from Fumo to Cozzo (copy to Arnao and Marrone) entitled "Elevator shaft."

317     July 11-18, 2001 e-mail exchange among Fumo, Cozzo, Bert Laudenslauger, and Marrone entitled "Fountains."

318     August 17-18, 2001 e-mail exchange between Fumo and Marrone entitled "techplace links."

319     August 18-20, 2001 e-mail exchange between Fumo and Marrone entitled "Fountains in the yard - Green St."

320     September 5-8, 2001 e-mail exchange between Fumo and Marrone entitled "HBO."

321     October 1-2, 2001 e-mail exchange between Fumo and Marrone entitled "Sidewalk."

322     September 17-24, 2001 e-mail exchange between Fumo and Marrone entitled "HBO."

323     October 20-23, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

324    October 27-28, 2001 e-mail exchange between Fumo and Marrone entitled "Dog."

325    October 29, 2001 e-mail exchange between Fumo and Marrone entitled "DO."

326    November 12-14, 2001 e-mail exchange between Fumo and Marrone entitled "DOG."

327    November 22-26, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

328    November 24 - December 2, 2001 e-mail exchange between Fumo and Marrone (copy of part to Cozzo) entitled "Wine Cellar Key."


Fraud on the Senate -- Lisa Costello ("Person No. 21")

350    Excerpt of Senate personnel file of Lisa Costello.

*351   Summary of payments related to Lisa Costello.

352    Champion Investments checks payable to Lisa Costello, dated March 2001 through February 2002.

353    July 7, 1999 e-mail from Fumo to Egrie entitled "HI."

354    December 3-4, 2000 e-mail exchange between Fumo and Marrone entitled "KEYS."

355    March 25-26, 2001 e-mail exchange among Fumo, Pauciello, Arnao, and Egrie entitled "Green Street."

356    April 6-9, 2001 e-mail exchange between Fumo and Marrone entitled "Green Street."

357    August 16-17, 2001 e-mail exchange among Fumo, Cozzo, and Pauciello (copy to Arnao and Egrie) entitled "Kenyon Ave."

358    October 27, 2001 e-mail exchange from Fumo to Cozzo, Pauciello, and Arnao (copy to Marrone) "SHORE."

359     November 13, 2001 e-mail exchange between Fumo and Egrie entitled
        "Housekeeper and Karen."

360     January 22, 2002 e-mail exchange between Pauciello and Fumo entitled
        "latourette."

361     April 3, 2002 untitled e-mail exchange between Fumo and Lisa Costello.

362     May 9, 2002 e-mail from Fumo to Egrie entitled "Anna."

363     Undated e-mail from Fumo to Egrie regarding Lisa being sick and need for maid.


Fraud on the Senate -- Fumo's Farm

380     Deed dated January 7, 2003, for Fumo's purchase of farm at 670 So. River Road,
        Halifax, Pennsylvania, for $515,000.

381     Photographs of farm, taken on March 8, 2006.

382     Excerpts of Senate personnel file of Gerald Sabol.

383     Excerpts of Senate personnel file of Charles Sholders.

384     Senate contracts for S. Michael Palermo, doing business as M.P. Consulting,
        July 1, 2000 to June 30, 2004.

385     Invoices submitted by Palermo to the Senate, December 1999 through June 2004.

386     Records of Pennsylvania Turnpike Commission regarding payments to Michael
        Palermo from April 2003 through December 2004.

387     December 17, 2002 e-mail exchange between Gerald Sabol and Fumo (copy to
        Palermo and Swett) entitled "Fuel Cell Conference date and place."

388     December 27, 2002 e-mail from Fumo to Gerald Sabol entitled "Farm."

389     January 2-3, 2002 e-mail exchange between Fumo and Sabol entitled "Farm --
        assistance with the development plan."

390    January 7, 2003 e-mail from Sabol to Dave Swartz entitled "Visit to Indian Springs Farm."

391    January 8, 2003 e-mail from Fumo to Sabol (copy to Palermo) entitled "Farm."

392    January 8, 2003 e-mail exchange between Fumo and Pauciello (copy to Palermo) entitled "Farm."

393    February 6-7, 2003 e-mail exchange between Sabol and Fumo entitled "Farm."

394    February 7, 2003 e-mail from Sabol to Palermo (copy to Fumo) entitled "Farm."

395    February 6-8, 2003 e-mail exchange between Sabol and Fumo (copy to Palermo) entitled "Farm."

396    February 23, 2003 e-mail exchange between Fumo and Pauciello (copy to Palermo) entitled "The Farm."

397    March 6, 2003 e-mail from Sabol to Fumo entitled "Farm Property."

398    March 14-15, 2003 e-mail exchange between Fumo and Sabol entitled "Your Farm."

399    March 25, 2003 e-mail from Fumo to Sabol entitled "Farm."

400    March 27-28, 2003 e-mail exchange between Fumo and Sabol entitled "Farm etc."

401    March 28, 2003 e-mail exchange between Fumo and Sabol entitled "Farm etc."

402    Continuation of March 28, 2003 e-mail exchange between Fumo and Sabol entitled "Farm etc."

403    April 2, 2003 e-mail exchange between Sue Swett and Sabol (copy to Fumo and Charlie Sholders) entitled "Farm."

404    April 7, 2003 e-mail from Fumo to Pauciello and Cozzo entitled "Farm."

405    April 11, 2003 e-mails from Fumo to Sabol and Sholders regarding farm.

406    April 15, 2003 e-mail from Fumo to Charlie Sholders, Gerald Sabol, Michael Palermo, and Sue Swett entitled "Farm," with responses from Sabol.

407    April 15, 2003 e-mail from Fumo to Charlie Sholders, Gerald Sabol, Michael Palermo, and Sue Swett entitled "Tractor\tor."

408    May 5, 2003 e-mail from Fumo to Pauciello (copy to Swett) entitled "Farm."

409    May 12, 2003 e-mail from Sabol to Fumo (copy to Sholders) entitled "Farm."

410    May 14, 2003 e-mail from Fumo to Sholders and Sabol (copy to Palermo) entitled "FARM - New buildings."

411    May 14, 2003 e-mail exchange between Fumo and Sabol (copy to Sholders and Palermo) entitled "FARM - Horse barn prep."

412    May 14, 2003 e-mail from Fumo to Sholders and Sabol (copy to Palermo) entitled "FARM - Planting."

413    May 16, 2003 e-mail from Sabol to Fumo (copy to Sholders) entitled "Electrical to farm."

414    June 6, 2003 e-mail exchange between Sabol and Fumo (copy to Sholders and Palermo) entitled "Horse Barn."

415    June 13, 2003 e-mail from Fumo to Sholders, Sabol, and Palermo entitled "Farm house."

416    July 4, 2003 e-mail from Fumo to Palermo (copy to Swett and Craig) entitled "Hale."

417    July 15, 2003 e-mail exchange between Swett and Fumo entitled "Fuel Tanks."

418    July 17, 2003 e-mail exchange between Swett and Fumo entitled "Cattle Barn."

419    Riverview Farm LLC check no. 1004 dated July 22, 2003, to S&W Petroleum Services, Inc. for $1,681.50 (memo line: "2 - 550 gal. gas tanks").

420    July 22-23, 2003 e-mail exchange between Fumo and Swett entitled "Gas tanks."

421    July 24, 2003 e-mail from Swett to Fumo (copy to Sholders and Palermo) entitled "fuel tanks."

422    July 28, 2003 e-mail from Fumo to Sholders and Swett entitled "Air Compressor," forwarding message from Fumo to Palermo.

423    August 1, 2003 untitled e-mail from Swett to Sholders regarding deal for Sholders to live rent-free in house but pay utilities.

424    August 2, 2003 e-mail exchange between Swett and Liz Craig entitled "ps."

425    August 6, 2003 e-mail exchange between Fumo and Swett entitled "Hale."

426    Invoice and receipts of Synergis Technologies, Inc, dated August 15, 2003, for sale of Autocad 2002 software to Senate of Pennsylvania, paid for by Citizens Alliance, for $3,183.25.

427    August 16-17, 2003 e-mail exchange between Fumo and Swett entitled "Borings."

428    September 3, 2003 e-mail from Fumo to Swett entitled "Horse Barn."

429    September 5, 2003 e-mail from Fumo to Swett entitled "Farm."

430    September 12, 2003 e-mail from Fumo to Swett and Sholders entitled "FARM."

431    September 13, 2003 e-mail from Fumo to Cozzo, Pauciello, and Arnao (copy to Sholders and Swett) entitled "Farm Horses."

432    September 23, 2003 e-mail exchange between Dan Coyne and Fumo (copy to Christopher Craig) entitled "Farm."

433    September 24, 2003 e-mail exchange between Fumo and Swett entitled "Issues."

434    September 30, 2003 and October 11, 2003 e-mails from Fumo to Sholders and Swett entitled "PECO-PPL."

435    October 2, 2003 e-mail exchange between Brandi Pifer and Sue Swett (copies to Fumo and Sholders) entitled "Barn."

436    October 6, 2003 e-mail from Swett to Fumo entitled "Farm."

- 24 -

437    October 6, 2003 e-mail from Allison Pinto to Fumo (copy to Swett) entitled "Horses."

438    October 6, 2003 untitled e-mail exchange between Swett and Fumo.

439    October 6, 2003 e-mail exchange between Fumo and Paul Dlugolecki entitled "Where are you?"

440    October 6-7, 2003 e-mail exchange between Fumo and Swett entitled "Monies due."

441    October 7, 2003 untitled e-mail exchange between Fumo and Charles Sholders (copy to Paul Dlugolecki).

442    October 8, 2003 untitled e-mail exchange between Charles Sholders and Sue Swett.

443    [Reserved.]

444    October 22, 2003 e-mail exchange between Fumo and Pauciello entitled "The Farm."

445    October 26, 2003 e-mail from Fumo to Sholders and Swett (copy to Palermo) entitled "Surefoot."

445a    Web page -- www.rubberecycle.com/surefoot.htm -- referenced in exhibit 445.

446    October 29, 2003 e-mail from Fumo to Swett entitled "Farm - corn."

447    November 5, 2003 e-mail exchange between Swett and Fumo (copy to Arnao) entitled "Fertilizing."

448    November 15-17, 2003 e-mail exchange among Fumo, Eister, Luchko, Coyne, and Wilson entitled "Farm."

449    November 30, 2003 e-mail exchange between Fumo and Swett (copy to Sholders and Palermo) entitled "Farm."

450    December 4, 2003 e-mail from Swett to Fumo entitled "farm."

451    December 5, 2003 e-mail from Swett to Fumo entitled "Farm."

451a    December 29-30, 2003 untitled e-mail exchange among Fumo, Sue Swett, and Keith Jack .

452    January 2, 2004 e-mail from Fumo to Sue Swett and Charles Sholders, and Swett's reply, entitled "Conestoga."

453    January 7, 2004 e-mail exchange between Swett and Fumo entitled "GOATS."

454    January 12, 2004 e-mail from Swett to Fumo entitled "Farm, etc."

454a    January 22, 2004 e-mail exchange between Fumo and Swett entitled "Goats."

455    January 28, 2004 e-mail exchange between Swett and Fumo entitled "BOER GOATS & GREAT PYRENEES GUARD DOGS by MAX Boer Goats."

456    April 29, 2004 e-mail exchange between Fumo and Swett (copy to Sholders) entitled "Farm."

457    April 30, 2004 e-mail exchange between Swett and Fumo entitled "Farm."

458    May 5, 2004 e-mail from Swett to Fumo entitled "Chas."

459    May 20, 2004 e-mail from Swett to Fumo entitled "Farm."

460    May 24, 2004 e-mail exchange between Fumo and Swett entitled "Farm."

461    June 1, 2004 e-mail exchange between Fumo and Swett (copy to Sholders) entitled "Goat Barns."

462    June 10, 2004 e-mail exchange between Quartullo and Fumo (copy to Pauciello and Swett) entitled "Reimb. CS for Fuel."

463    July 28, 2004 e-mail exchange between Fumo and Swett entitled "Hale House."

464    September 14, 2004 e-mail from Pinto to Fumo entitled "LN_LS140.txt."

465    October 5, 2004 e-mail from Fumo to Swett entitled "Halifax."

466    October 26, 2004 e-mail exchange between Fumo and Swett entitled "84 Lumber Account."

467    November 15-17, 2004 e-mail exchange among Fumo, Luchko, and Eister (copy to Wilson and Coyne) entitled "Farm."

468    December 29, 2004 untitled e-mail exchange between Fumo and Sue Skotnicki (copy to Quartullo and Pauciello), regarding removing Margaret Sholders from payroll and adding Keith Jack.

469    February 1, 2005 e-mail exchange among Fumo, Sue Skotnicki, and Keith Jack entitled "Workshop."

470    March 20, 2005 e-mail from Fumo to Jack and Skotnicki entitled "Farm."

471    September 26, 2005 e-mail from Eister to Fumo (copy to Maguire) entitled "Harrisburg computer status."

472    October 25, 2005 e-mail exchange among Fumo, Skotnicki, and Eister entitled "Farm NOPGP."

473    October 31, 2005 e-mail from Eister to Fumo entitled "Farm and Comcast."


Fraud on the Senate -- Mitchell Rubin ("Senate Contractor No. 5")

520    Senate contracts with B&R Professional Services, Inc., October 1, 1999 to September 30, 2004.

521    Invoices from B&R Professional Services, Inc. to the Senate, January 2000 through September 2004.

522    August 11-13, 2001 e-mail exchange between Fumo and Marrone entitled "House-arrest monitors scarce in the city."


Fraud on the Senate -- Lillian Cozzo ("Person No. 22")

540    Photograph of Lillian Cozzo's workspace, taken on Feb. 18, 2005.

541    Excerpts of Senate personnel file of Lillian Cozzo.

542    July 13, 1999 e-mail exchange between Fumo and Cozzo entitled "Shore - Reply."

543    July 24 and August 24, 1999 e-mail exchange between Fumo and Lillian Cozzo (copy to Egrie) entitled "Yacht Club in Monte Carlo."

544    January 30, 2000 e-mail from Fumo to Cozzo and Arnao (copy to Egrie) entitled "Shore Rents."

545    January 31, 2000 e-mail exchange among Fumo, Cozzo, and Quartullo (copy to Egrie) entitled "SEARS Treadmill."

546    May 15, 2000 e-mail from Fumo to Cozzo (copy to Egrie, Steve Marcus, Bill Mahoney) entitled "Hinckley."

547    June 15-16, 2000 e-mail exchange between Fumo and Cozzo entitled "Rooms TO Go."

548    July 11 and 20, 2000 e-mail exchange between Fumo and Cozzo (copy to Arnao) entitled "MVY."

549    December 26-27, 2000 e-mail exchange between Cozzo and Fumo (copy to Egrie) entitled "FLA plane schedule."

550    January 27, 2001 e-mail from Fumo to Cozzo, Arnao, and Pauciello (copy to Egrie) entitled "Dottie."

551    December 10, 2001 e-mail exchange between Fumo and Cozzo (copy to Egrie) entitled "Tom Colosimo & Woody."

552    November 11, 2002 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Front Gate."

553    November 25, 2002 e-mail from Fumo to Cozzo, Colosimo, and Arnao entitled "Alarm Codes."

554    November 30, 2002 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Tom Colosimo."

555    December 18, 2002 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Tom Codes."

556    December 20, 2002 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "CATV - Green Street."

557    December 24, 2002 and January 22, 2003 e-mails from Fumo to Cozzo and Colosimo entitled "Green St."

558    January 6, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green St."

559    January 16, 2003 e-mail from Fumo to Cozzo, Arnao, and Colosimo entitled "Green ST. Front gate."

560    January 19, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green Street."

561    January 2, 2003 e-mail from Fumo to Colosimo (copy to Cozzo) entitled "Florida Electric," with attachment.

562    February 1, 2003 e-mail from Fumo to Cozzo and Colosimo entitled "Dottie's Code."

563    March 2, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green St. DVD."

564    March 8-10, 2003 e-mail exchange between Fumo and Cozzo (copy to Colosimo) entitled "Florida."

565    April 7, 2003 e-mail from Cozzo to Colosimo entitled "Green St."

566    April 26-28, 2003 e-mail exchange among Fumo, Cozzo, and Arnao (copy to Colosimo) entitled "CCTV."

567    September 14, 2003 e-mail from Fumo to Cozzo and Colosimo entitled "Green Street."

568    [Reserved.]

- 29 -

569    September 28, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Alarm Systems."

570    October 1-2, 2003 e-mail exchange among Fumo, Cozzo, and Arnao (copy to Colosimo) entitled "Tom Colosimo."

571    October 21, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Shore."

572    October 22, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green ST."

573    November 9, 2003 e-mail from Fumo to Colosimo (copy to Cozzo) entitled "Green St."

574    November 15, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green St."

575    November 22-24, 2003 e-mail exchange between Fumo and Cozzo (copy to Colosimo) entitled "Green St."

576    December 3, 2003 e-mail from Fumo to Cozzo and Arnao (copy to Colosimo) entitled "Music."

577    December 3-4, 2003 e-mail exchange between Fumo and Cozzo (copy to Arnao and Colosimo) entitled "TV."

578    December 6, 2003 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Music in the front of Green St."

579    December 14-15, 2003 e-mail exchange between Fumo and Cozzo (copy to Arnao, Luchko, Blake Rubin, and Colosimo) entitled "Family room TV" (additional responses in exh. 747).

580    January 3, 2004 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green St."

581    January 12, 2004 e-mail exchange between Fumo and Cozzo (copy to Colosimo) entitled "Colosimo."

582    January 14, 2004 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Caller ID."

583    January 15, 2004 e-mail exchange between Fumo and Cozzo (copy to Colosimo) entitled "Colosimo."

584    January 15, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Tom - Wire."

585    January 17, 2004 e-mail exchange between Fumo and Quartullo (copy to Spagna, Cozzo, Arnao, and Arnao) entitled "Florida lighting."

586    January 20, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Colosimo."

587    January 26, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Schedule."

588    January 28 and February 2, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Florida."

589    February 26-27, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo (copy to Pauciello and Arnao) entitled "Green Street."

590    March 8, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Florida."

591    April 5, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Florida."

592    April 5, 2004 e-mail from Fumo to Colosimo entitled "Green Street."

593    April 18-19, 2004 e-mail exchange among Fumo, Cozzo, Pauciello, and Colosimo (copy to Arnao) entitled "Tom Colosimo."

594    April 24, 2004 e-mail from Fumo to Colosimo (copy to Cozzo) entitled "Phones, etc."

595    May 1, 2004 e-mail from Fumo to Cozzo, Pauciello, Arnao, and Swett entitled "AT&T cell phone."

596    May 8, 2004 e-mail from Fumo to Colosimo (copy to Cozzo) entitled "Colosimo."

597    May 12-13, 2004 e-mail exchange among Fumo, Jane Scaccetti, Cozzo, Arnao, and Colosimo entitled "plasma tv"

598    May 16, 2004 e-mail from Fumo to Colosimo (copy to Cozzo) entitled "Kenyon Ave."

599    August 18, 2004 e-mail from Fumo to Colosimo (copy to Arnao and Cozzo) entitled "Green Street."

600    September 7-8, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Tom Colosimo."

601    September 16-17, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Green St."

602    October 28, 2004 e-mail from Fumo to Cozzo and Colosimo entitled "Green St."

603    November 10, 2004 e-mail exchange among Fumo, Vince Fumo, Jr., Cozzo, Pauciello, and Colosimo entitled "alarm"

604    November 25, 2004 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green Street."

605    December 9-10, 2004 e-mail exchange among Fumo, Colosimo, and Cozzo entitled "Green St."

606    December 20, 2004 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green Street."

607    December 28, 2004 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Flat screen TV."

608    January 24-25, 2005 e-mail exchange among Fumo, Cozzo, and Colosimo entitled "Monmouth Ave."

609    January 29, 2005 e-mail from Fumo to Cozzo (copy to Colosimo) entitled "Green St."

610    November 30-December 1, 2005 e-mail exchange among Fumo, Colosimo, and Cozzo entitled "Colosimo."


Fraud on the Senate -- Rosanne Pauciello ("Person No. 16")

630    Photograph of Rosanne Pauciello's workspace, taken on February 18, 2005.

631    Excerpts of Senate personnel file of Roseann Pauciello.

632    January 25, 2001 e-mail exchange between Egrie and Pauciello entitled "Joke........"

633    February 6, 2001 e-mail exchange among Fumo, Rosanne Pauciello, and Marrone entitled "cops."

634    August 20, 2001 e-mail exchange between Fumo and Marrone entitled "PGW."

635    January 21, 2005 e-mail exchange among Fumo, Cozzo, and Pauciello entitled "The alarms."

636    October 22, 2005 e-mail exchange among Fumo, Quartullo, Pauciello, and Colosimo entitled "Green St."

637    November 21, 2005 e-mail exchange among Fumo, Colosimo, and Pauciello entitled "Alarm codes."


Fraud on the Senate -- Maryann Quartullo ("Person No. 8")

650    Photograph of Maryann Quartullo's workspace, taken on February 18, 2007.

651    Excerpts of Senate personnel file of Maryann Quartullo.

652    January 3-4, 2001 e-mail exchange between Marrone and Maryann Quartullo (copy to Fumo and Pauciello) entitled "Desk Audit."

Fraud on the Senate -- Drivers

670    Excerpts of Senate personnel file of David Nelson.

671    Excerpts of Senate personnel file of Lou Leonetti.

672    Senate of Pennsylvania, Financial Operating Rules and COMO Policies, 2005.

673    February 9, 1999 from Cozzo to Fumo (copy to Pauciello) entitled "Dental Appointment."

674    March 31, 1999 untitled e-mail exchange between Fumo and Egrie.

675    October 12, 1999 e-mail from Fumo to Quartullo (copy to Egrie) entitled "Ammo."

676    February 11, 2000 e-mail from Fumo to Jane Scaccetti (copy to David Nelson) entitled "Repairs at Green Street."

677    February 23, 2000 e-mail from Lillian Cozzo to Egrie (copy to Fumo and Pauciello) entitled "Sunday - February 25th."

678    February 25, 2000 e-mail from Fumo to Cozzo entitled "BIRTHDAYS."

679    May 9, 2000 e-mail exchange between Fumo and Egrie (copy to Pauciello) entitled "Massage table."

680    November 30, 2002 e-mail exchange between Fumo and Dan Coyne (copy to Arnao, Luchko, and Wilson) entitled "Nextel i90c."

681    December 18, 2000 e-mail exchange between Fumo and Egrie entitled "Candles."

682    February 3-5, 2001 e-mail exchange between Fumo and Marrone entitled "Electric."

683    June 23, 2001 e-mail exchange between Fumo and Marrone entitled "Green St."

684    August 19, 2001 e-mail from Fumo to Nelson (copy to Marrone) entitled "Green St."

685    August 23, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

686     May 11-12, 2002 e-mail exchange between Fumo and Egrie entitled "Hi."

687     June 2, 2003 e-mail from Wilson to Luchko entitled "Green street."

688     January 22, 2004 e-mail from Egrie to Lillian Cozzo entitled "Florida Flight."

689     February 15-16, 2005 e-mail exchange between Fumo and Jane Scaccetti (copy to Cozzo) entitled "info on taking Allie this wed and next."

690     December 5, 2005 e-mail from Fumo to David Nelson entitled "H'bg."


Fraud on the Senate -- Computer Aides

720     Photograph of Don Wilson's workspace at 1208 Tasker Street, taken on February 18, 2005.

721     Photograph of Leonard Luchko's workspace, taken on February 18, 2005.

722     Excerpts of Senate personnel file of Leonard Luchko.

722a    Excerpts of Senate personnel file of Mark Eister.

723     Excerpts of Senate personnel file of Donald Wilson.

724     November 17, 1999 e-mail from Fumo to Podgorski (copy to Allie Fumo) entitled "Allie's e-mail."

725     January 3, 2000 e-mail from Fumo to Podgorski and Luchko (copy to Allie Fumo) entitled "Allie's e-mail."

726     May 16, 2000 e-mail from Podgorski to Egrie (copy to Fumo) entitled "Training."

727     May 25, 2000 e-mail from Podgorski to Egrie (copy to Fumo) entitled "Outlook."

728     November 20, 2000 e-mail exchange among Fumo, Cozzo, and Marrone entitled "Mercedes."

729     February 6, 2001 e-mail exchange among Fumo, Egrie, Luchko, and Podgorski entitled "Address Book."

730    May 29, 2001 e-mail exchange between Michael Podgorski and Fumo (copy to Dan Coyne) entitled "Dottie."

731    October 14, 2001 e-mail exchange among Fumo, Coyne, and Marrone entitled "Shore Cable Modem."

732    February 14, 2002 and March 5, 2002 e-mail exchange between Fumo and Wilson (copy to Egrie) entitled "GPS in 4Runner."

733    August 28, 2002 e-mail from Wilson to Luchko entitled "Margate."

734    August 29, 2002 e-mail from Wilson to Arnao (copy to Luchko) entitled "Wireless network."

735    September 1-2, 2002 e-mail exchange among Fumo, Luchko, and Wilson entitled "6601 Monmouth Ave."

736    September 15, 2002 e-mail exchange between Luchko and Wilson entitled "Tasks."

737    November 14, 2002 e-mail from Wilson to Fumo (copy to Luchko) entitled "Palm and Monitor arm."

738    November 25, 2002 e-mail from Luchko to Colosimo entitled "Florida LAN."

739    March 14, 2003 e-mail from Luchko to Colosimo entitled "Phones at Kenyon."

740    April 13, 2003 e-mail exchange between Luchko and Maguire entitled "PGP Eudora."

741    July 7, 2003 e-mail exchange between Luchko and Wilson entitled "Joe Jacovini email address."

742    July 11, 2003 e-mail exchange between Luchko and Wilson entitled "SNAFU."

743    August 8, 2003 e-mail exchange between Wilson and Luchko entitled "Off Monday."

744    August 20, 2003 e-mail exchange between Maguire and Podgorski entitled "SDCS Staff in Philadelphia."

745    November 22, 2003 e-mail exchange between Luchko and Wilson entitled "Card Reader."

746    December 12, 2003 e-mail exchange Eister and Wilson entitled "Routing question."

747    December 14, 2003 e-mail exchange among Fumo, Luchko, and Wilson (also sent to Arnao, Cozzo, Tom Colosimo, and Blake Rubin) entitled "Green St. Family room TV" (additional response is in exh. 579).

748    January 7, 2004 untitled e-mail exchange among Fumo, Arnao, David Nelson, Lou Leonetti, Luchko, and Don Wilson regarding finding radar detector for Fumo's van in Florida.

749    January 7, 2004 untitled e-mail exchange between Luchko and Arnao (copy to Wilson).

750    January 9-10, 2004 untitled e-mail exchange between Arnao and Colosimo.

751    January 12, 2004 e-mail exchange between Fumo and Wilson (copy to Arnao and Luchko) entitled "Monmouth Ave Camera."

752    January 14, 2004 e-mail exchange between Fumo and Wilson entitled "GPS & more."

753    February 3, 2004 e-mail exchange between Luchko and Wilson entitled "Update."

754    February 5, 2004 e-mail from Wilson to himself entitled "To do . . ."

755    February 19, 2004 e-mail from Luchko to Wilson entitled "Laptop."

756    March 4, 2004 e-mail exchange between Fumo and Wilson entitled "888 stereo."

757    March 5-6, 2004 e-mail exchange between Dottie Egrie and Fumo entitled "Stewart."

758    March 12, 2004 e-mail exchange between Luchko and Wilson entitled "Tickets."

759    May 2, 2004 e-mail from Fumo to Wilson entitled "888."

760    May 22, 2004 e-mail exchange between Fumo and Wilson entitled "XM Radio for Caddy."

761    June 7, 2004 e-mail exchange between Fumo and Wilson entitled "XM Installs."

762    June 13, 2004 e-mail from Wilson to Luchko entitled "Back at Margate..."

763    June 18, 2004 e-mail from Wilson to Arnao entitled "Monmouth keys."

764    June 20, 2004 e-mail exchange between Luchko and Wilson entitled "Shore Laptop."

765    June 26, 2004 e-mail from Fumo to Colosimo (copy to Cozzo and Wilson) entitled "Fan."

766    August 9, 2004 e-mail exchange between Arnao and Wilson entitled "On the GSP."

767    August 13, 2004 e-mail exchange between Luchko and Wilson entitled "Fyi."

768    August 18, 2003 e-mail exchange between Luchko and Wilson entitled "FYI."

769    October 13, 2004 e-mail exchanges between Luchko and Eister entitled "Port Question" and "TEST."

770    October 17, 2004 e-mail from Luchko to Fumo (copy to Eister and Wilson) entitled "Plan for Tomorrow."

771    October 19, 2004 e-mail from Maguire to staff (copy to Podgorski) entitled "Michael P."

772    October 24, 2004 e-mail exchange between Luchko and Wilson (copy to Fumo and Howard Cain) entitled "Election."

773    October 31, 2004 e-mail exchange among Fumo, Cozzo, Luchko, and Colosimo entitled "Phones in the M/Bathroom."

774    November 8, 2004 e-mail from Luchko to Fumo (copy to Colosimo) entitled "Master Bathroom Phone."

775     [Reserved.]

776     December 3-6, 2004 e-mail exchange between Luchko and Eister entitled "Palm x."

777     December 15-17, 2004 e-mail exchange among Fumo, Arnao, Luchko, and Jane Scaccetti entitled "Allie's TV."

778     August 11, 2005 e-mail from Luchko to Dawn Galluccio (copy to Fumo, Arnao, and Cozzo) entitled "Comcast."

779     December 2, 2005 e-mail exchange between Luchko and Colosimo entitled "Green Street hone Label."

780     December 13, 2005 e-mail from Fumo to Eister entitled "Farm."


Fraud on the Senate -- Harrisburg Employees

810     November 15, 2001 e-mail exchange between Christopher Craig to Fumo (copy to Egrie) entitled "AT&T and Dottie."

811     November 16-19, 2001 e-mail exchange between Craig and Egrie entitled "AT&T."

812     November 24, 2001 e-mail from Fumo to Craig (copy to Egrie) entitled "First Union Bank."

813     November 26, 2001 e-mail from Fumo to Joseph McAlee and Charles Hardy at Sprague & Sprague (copy to Richard Sprague) entitled "Dottie Egrie."

814     December 10, 2001 e-mail exchange between Fumo and Egrie entitled "DNA."

815     December 27, 2001 untitled e-mail exchange between Craig and Fumo (copy to Egrie).

816     February 11-14, 2005 e-mail exchange between Fumo and Christian Soura entitled "Ventnor, NJ."

Fraud on the Senate -- Diversion of Senate Equipment

840    February 24-25, 1999 e-mail exchange between Fumo and Dan Coyne entitled "Concealed."

841    January 10, 2000 e-mail exchange between Fumo and Mike Podgorski (copy to Egrie) entitled "Info."

842    May 25, 2000 e-mail from Michael Podgorski to Dottie Egrie (copy to Fumo) entitled "PC."

843    March 21, 2001 e-mail exchange between Fumo and Deborah Maguire entitled "E-mail Legislation."

844    April 17, 2001 call ticket no. 8605 and April 23, 2001 call ticket no. 8693 regarding laptops ordered for Ken Snyder and Howard Cain.

845    Dan Coyne call ticket no. 7697 dated February 1, 2001 entitled "Requests 3 Surge Protectors for Senator Fumo's Home."

846    June 12, 2002 untitled e-mail exchange between Egrie and Fumo regarding, in part, computer equipment.

847    June 14, 2002 e-mail from Fumo to Coyne and Luchko (copy to Egrie) entitled "fas@fumo.com."

848    June 15, 2002 e-mail from Fumo to Egrie entitled "Clothing."

849    June 20, 2002 untitled e-mail exchange between Egrie and Fumo regarding, in part, the laptop "we had lent you."

850    June 20, 2002 untitled e-mail exchange between Fumo and Egrie.

851    January 16, 2003 e-mail exchange between Maguire and Luchko entitled "Phone Service."

852    May 5 and June 2-3, 2003 e-mail exchange between Wilson and John Hawkins entitled "update."

853    July 2, 2003 e-mail exchange between Luchko and Maguire entitled "Hardware Question."

854    July 2, 2003 e-mail from Luchko to Maguire entitled "FYI."

855    December 30, 2003 - January 7, 2004 e-mail exchange among Fumo, Luchko, and Eister entitled "Email groups."

856    January 14, 2004 e-mail from Egrie to Pauciello entitled "Hi There!"

857    January 20, 2004 e-mail from Wilson to Fumo (copy to Luchko) entitled "Dottie's files."

858    February 10, 2004 e-mail from Wilson to Luchko entitled "Matthew's laptop."

859    April 8, 2004 e-mail from Luchko to Eister entitled "Confidential."

860    July 6, 2004 e-mail exchange between Luchko and Snyder entitled "Blackberries" (original message also sent to Fumo, Cain, Press, and Wilson).

861    July 6, 2004 e-mail exchange between Luchko and Sue Swett (copy to Fumo) entitled "Blackberries."

862    November 27-28, 2004 e-mail exchange among Luchko, Arnao, Spagna, and Wilson entitled "Snyder Phone."

863    November 28, 2004 untitled e-mail exchange among Luchko, Wilson, and Arnao regarding obtaining wireless all-in-one fax printer for Citizens Alliance.

864    November 29, 2004 e-mail from Pauciello to Luchko and Wilson (copy to Terry Reilly) entitled "Verizon."

865    November 29, 2004 e-mail exchange among Fumo, Arnao, and Wilson entitled "Terry's phone."

866    [Reserved.]

867    December 17, 2004 untitled e-mail exchange between Luchko and Matthew Fonseca.

Fraud on the Senate -- Other Exhibits

900    Photograph of Vincent J. Fumo's office at 1208 Tasker Street, taken on February 18, 2005.

*901    Organization chart of district office of Senator Fumo.

*902    Diagram of office space at 1208 Tasker Street.

903    Photograph of Fumo's house at 2220 Green Street, taken on December 27, 2006.

904    Photographs of Fumo's shore house at 108 South Kenyon Avenue, Margate, New Jersey, taken on November 2, 2006.

905    Photographs of condominium units and dock at 6601 Monmouth Avenue, Ventnor, New Jersey, taken on November 2, 2006.

906    Pictures of "Friends" boat.

907    Sales brochure regarding property located at 130 North Beach Road, Hobe Sound, Florida.

907a    Photographs of Fumo's house at 30 Siesta Way, Fort Lauderdale, Florida, taken on March 21, 2007.

908    February 27, 1999 untitled e-mail from Fumo to Egrie.

909    March 6, 1999 untitled e-mail from Fumo to Egrie.

910    June 30, 1999 untitled e-mail exchange between Fumo and Egrie regarding money troubles.

911    May 18, 2000 e-mail exchange between Fumo and Egrie entitled "Globe."

912    January 24, 2001 untitled e-mail exchange between Fumo and Egrie regarding bills paid by Arnao; Egrie's and Fumo's debts.

913    "A Private Conversation with Democratic Power Vince Fumo," Pennsylvania Report, September 14, 2001.

913a    "A Private Conversation with Vince Fumo, the Prince of Pa. Politics - Part 2," Pennsylvania Report, October 12, 2001.

914    Fumo's "wish list," dated March 26, 2002.

915    Supplemental letter agreement regarding Fumo's employment with Dilworth Paxson LLP, dated July 25, 2000.

916    December 24, 2002 e-mail from Fumo to Arnao and Colosimo entitled "Green St."

917    July 27-28, 2003 e-mail exchange among Fumo, Arnao, Spagna, and Colosimo entitled "Tom Colosimo."

918    November 23, 2003 e-mail from Fumo to Arnao and Anna Catania (copy to Colosimo) entitled "Decorations."

919    November 9, 2003 Philadelphia Inquirer article entitled "Pa. taxpayers pay millions for politicians' frills."

920    January 7, 2004 untitled e-mail from Arnao to Colosimo (copy to Fumo).

921    Excerpt of June 27, 2004 Harrisburg Patriot News article:  photographs and caption regarding Fumo's ownership and use of farm.

922    November 15-17, 2004 e-mail exchange among Fumo, Arnao, Rich Ridolfi, and Colosimo entitled "Hadco Lighting."

923    January 17, 2005 e-mail exchange among Fumo, Arnao, Vincent Fumo, Jr., Colosimo, and Pauciello entitled "alarm"

924    February 7, 2005 e-mail from Fumo to Spagna (copy to Wilson) entitled "Batter Charger."

925    [Reserved.]

926    Undated e-mail from Fumo to Egrie entitled "Hi PRETTY."

927    Undated e-mail from Fumo to Ann Catania entitled "West Chester."

928    Supplemental letter agreement regarding Fumo's employment with Dilworth
       Paxson LLP, dated March 26, 2003.

929    E-mail communications between Fumo and Richard Shappell of Dilworth Paxson
       (copy to Pauciello and others), from May 2-6, 2005, regarding compensation.

930    E-mail communications between Fumo and Richard Shappell of Dilworth Paxson
       (copy to Pauciello and others), from May 2-9, 2005, regarding compensation.


## FRAUD ON CITIZENS ALLIANCE FOR BETTER NEIGHBORHOODS -- COUNTS 65-98

Citizens Alliance -- General

1000   Records of Pennsylvania Department of State regarding First District
       Environmental Defense Fund, later renamed Citizens Alliance for Better
       Neighborhoods, including articles of incorporation and bylaws.

1001   Notes regarding the purpose and creation of Citizens Alliance.

1002   August 12, 1991 memorandum from Virginia to Fumo staff members (copy to
       Fumo) entitled "Update and Next Steps on the Philadelphia Services Plan."

1003   October 20, 1992 untitled memorandum from Fumo to Arnao regarding next year's
       budget for the First District Environmental Defense Fund.

1004   December 20, 1995 untitled memorandum from Fumo to Arnao regarding Citizens
       Alliance.

1005   March 13, 1997 DCED grant application of Citizens Alliance.

1006   Employee Handbook of Citizens Alliance, January 2004 edition.

1007   Pennsylvania corporation records for CA Holdings' subsidiaries: 1210 Enterprises,
       Inc., Hi Tech Ventures, Inc., Moya Ventures, Inc., Passyunk Avenue
       Revitalization, Inc., and Pine Tree Realty, Inc.

1008a  Citizens Alliance annual payroll for 1999.

1008b Citizens Alliance annual payroll for 2000.

1008c Citizens Alliance annual payroll for 2001.

1008d Citizens Alliance annual payroll for 2002.

*1008e Citizens Alliance annual payroll for 2003.

*1009 Summary of Citizens Alliance expenditures.

*1010 Summary of expenditures of Citizens Alliance subsidiaries.

*1011 Summary of use of restricted grants.

1012 [Reserved.]

*1013 Tape and transcript of portion of WHYY interview with Fumo on January 29, 2004.

*1014 Tape and transcript of portion of WPHT interview with Fumo on March 19, 2004.

1015 Invoices and payments to Harvey Levin from Citizens Alliance for real estate consulting and appraisal services.

1016 January 15, 1999 memorandum from Arnao to Charlie Palumbo (copy to Frank DiCicco) regarding Palumbo's work responsibilities.

1017 June 21, 1999 memorandum from Harvey M. Levin, Keystone Appraisal Company, to Fumo (copy to Marrone) entitled "Citizens Alliance for Better Neighborhoods."

1018 August 26, 1999 memorandum from Marrone to Arnao (copy to Fumo) entitled "Incubator Cost."

1019 September 11, 1999 e-mail from Fumo to Christopher Craig and others (copy to Arnao and Pat Freeland) entitled "Federal form 990 - CONFIDENTIAL."

1020 December 1, 1999 memorandum from Christian to James Kenney, Frank DiCicco, and Fumo (copy to Arnao) entitled "Passyunk Avenue."

1021  January 18-21, 2000 e-mail exchange between Fumo and Marrone entitled "Charter School."

1022  January 29, 2000 e-mail from Fumo to Harvey Levin entitled "Real Estate Listings."

1023  January 31, 2000 e-mail from Levin to Fumo entitled "Real Estate Listings / Reply."

1024  February 15, 2000 e-mail exchange between Fumo and Marrone entitled "Independence Charter School."

1025  February 16, 2000 e-mail exchange between Fumo and Marrone entitled "Charter School Assessment."

1026  February 19-20, 2000 e-mail exchange among Fumo, Harvey Levin, and Marrone entitled "900 E. Moy."

1027  April 13, 2000 e-mail exchange between Fumo and Marrone entitled "201."

1028  April 14-15, 2000 e-mail exchange between Fumo and Marrone entitled "Citizens."

1029  May 19, 2000 memorandum from Marrone to Louise, Moore College of Art (copy to DiCicco, Kenney, Arnao) entitled "East Passyunk Avenue."

1030  June 2, 2000 e-mail exchange between Fumo and Marrone entitled "Tony Lukes."

1031  June 12-13, 2000 e-mail exchange between Fumo and Marrone entitled "Passyunk Ave."

1032  June 13, 2000 untitled e-mail from Marrone to Fumo.

1033  June 13, 2000 e-mail exchange between Fumo and Levin entitled "E. Passyunk Ave."

1034  June 12-13, 2000 e-mail exchange between Fumo and Marrone entitled "Independence."

1035  June 15-16, 2000 e-mail exchange between Fumo and Marrone entitled "Passyunk."

1036  Citizens Alliance promissory note dated June 21, 2000 to North Central Philadelphia Basketball League for $60,800, signed by Howard Cain.

1037  July 1, 2000 e-mail exchange between Fumo and Marrone entitled "Passyunk/201."

1038  August 26, 2000 e-mail exchange between Fumo and Gary Polimeno entitled "Columbus Day Luncheon," and November 25, 2002 promissory note from Columbus Civic Association to Citizens Alliance for $5,000.

1039  September 5, 2000 e-mail exchange among Fumo, Arnao, Levin, and Marrone entitled "1735-37 E. Passyunk Ave."

1040  September 13, 2000 e-mail exchange between Fumo and Marrone entitled "Citizens Alliance."

1041  [Reserved.]

1042  October 11, 2000 e-mail exchange between Fumo and Marrone entitled "201."

1043  October 16-19, 2000 e-mail exchange between Fumo and Marrone entitled "Passyunk."

1044  November 9, 2000 untitled e-mail exchange among Fumo, Arnao, and Marrone.

1045  [Reserved.]

1046  November 20, 2000 e-mail exchange between Fumo and Marrone entitled "Police Car."

1047  November 20, 2000 e-mail exchange between Fumo and Marrone entitled "Independence Charter School."

1048  January 8 and 19, 2001 e-mail exchange between Marrone and Fumo entitled "Club Program."

1049  January 9, 2001 e-mail exchange between Marrone and Fumo entitled "Police."

1050    January 11, 2001 e-mail exchange between Marrone and Fumo entitled "Christopher Columbus Charter."

1051    January 24, 2001 e-mail exchange between Marrone and Fumo (copy to Arnao) entitled "Police."

1052    January 30, 2001 untitled e-mail exchange among Fumo, Marrone, Arnao, and Levin.

1053    January 31, 2001 e-mail exchange between Fumo and Marrone entitled "Independence Charter Construction."

1054    February 12, 2001 e-mail exchange between Ed Hanlon and Arnao entitled "$$$$."

1055    February 14, 2001 e-mail exchange between Fumo and Harvey Levin (copy to Marrone and Arnao) entitled "1542 E. Pass. Ave."

1056    February 22, 2001 e-mail exchange between Fumo and Marrone (copy to Arnao) entitled "dragnet is out for rapist."

1057    March 2, 2001 e-mail exchange between Fumo and Marrone entitled "Bio Tech."

1058    March 31, 2001 e-mail exchange between Fumo and Marrone entitled "Passyunk Ave."

1059    [Reserved.]

1060    April 28-29, 2001 e-mail exchange between Fumo and Marrone entitled "SR Marketing Program."

1061    May 6-7, 2001 e-mail exchange between Fumo and Marrone (copy to Charlie Hoffman and Pat Freeland) entitled "The 'fence' never got a pricey fence."

*1061a  Philadelphia Inquirer article referenced in exh. 1061.

1062    May 22, 2001 e-mail exchange between Fumo and Carl Engelke entitled "Society Hill Civic Association."

1063    June 5, 2001 e-mail exchange between Fumo and Marrone entitled "Passyunk Ave."

1064    June 19, 2001 e-mail exchange between Fumo and Marrone entitled "Potential Passyunk Purchases."

1065    June 22, 2001 e-mail exchange between Fumo and Marrone entitled "Passyunk."

1066    July 10, 2001 untitled e-mail exchange among Fumo, Arnao, and Marrone.

1067    [Reserved.]

1068    July 30, 2001 e-mail from Carl Engelke to Arnao entitled "$5000 for new Packer Park Civic group."

1069    August 9, 2001 e-mail exchange between Marrone and Fumo entitled "ICS."

1070    September 21, 2001 e-mail exchange between Fumo and Marrone entitled "Passyunk Properties."

1071    September 27-28, 2001 e-mail exchange between Fumo and Marrone entitled "Office Parking."

1072    October 2, 2001 e-mail exchange between Fumo and Marrone entitled "Marshall."

1073    October 9, 2001 e-mail exchange between Fumo and Marrone entitled "2nd & Spring Garden."

1074    October 16 - November 14, 2001 e-mail exchange among Fumo, Arnao, and Marrone entitled "Parking Lot."

1075    Check 323 dated October 26, 2001 from Fumo to Frank DiCicco for $1,700.

1076    Check 326 dated November 8, 2001 from Fumo to Frank DiCicco for $2,000.

1077    CA Holdings checks 149, 173, 185, and 191 payable to Frank DiCicco.

1078    Citizens Alliance and CA Holdings checks to James Kenney between November 2001 and February 2002.

1079   November 30, 2001 e-mail from Fumo to Marrone entitled "Parking Lot."

1080   November 28-30, 2001 e-mail exchange between Fumo and Marrone entitled "Parking Lot."

1081   November 30, 2001 e-mail exchange between Fumo and Marrone entitled "201 Accountant."

1082   March 28, 2002 e-mail from Carl Engelke to Arnao entitled "Citizens Alliance," with April 5, 2002 letter from Sprague firm to Citizens Alliance.

1083   April 30, 2002 e-mail from Christopher Craig to Arnao entitled "MOLLUS - Loan."

1084   May 11-14, 2002 e-mail exchange among Fumo, John Hawkins, Cain, Arnao, and Spagna entitled "Ed ads."

1085   July 15, 2002 e-mails from Charlie Hoffman to Arnao, and from Arnao to Spagna, entitled "Sen Kitchen 215 227 6161."

1086   August 28, 2002 e-mail from Engelke to Fumo (copy to Arnao) entitled "Packer Park," and August 13, 2002 letter from Stadium Park Neighbors Civic Association to Fumo thanking him for previous support.

1087   August 14, 2002 memorandum from Patty Gilberti to Arnao entitled "Check for Bonnie Lucas."

1088   September 6 and 9, 2002 e-mails between Pauciello and Fumo, and then from Pauciello to Arnao and from Arnao to Spagna entitled "WAM;" and CA Holdings check no. 350 dated September 17, 2002 to Marconi Plaza Bocce Court, for $5,000.

1089   October 8, 2002 fax from Frank DiCicco to Arnao entitled "Contribution to Columbus Day Float 2002."

1090   November 13, 2002 e-mail from Kim Perez (Pepper) to Art Amelio and Steve Kobasa (copy to Arnao and Lisa Petkun) entitled "Citizens Alliance," and list of officers of Citizens Alliance subsidiaries as of August 15, 2002.

1091   Memorandum (in January or February 2003) from Mary Ann Womelsdorf to
       Arnao entitled "Northern Liberties Arts Association."

1092   May 23, 2003 e-mail from Art Amelio to Arnao (copy to Craig and Petkun), and
       May 27, 2003 e-mail exchange between Spagna and Arnao, entitled "citizens
       penalty amount;" and Citizens Alliance check no. 1062 dated May 27, 2003 to Pa.
       Department of State for $2,750.

1093   June 24, 2003 e-mail exchange among Arnao, Fumo, and Pat Freeland entitled
       "extension of the CDC loan payment to Citizens."

1094   June 24, 2003 invoice to Mitchell Rubin and Fumo from ADL regarding $5,000
       donation.

1095   October 3, 2003 fax from Nick DeBenedictis to Fumo entitled "League of Women
       Voters Honoring Marge Tartaglione."

1096   December 3, 2003 untitled e-mail exchange between Arnao and Fumo regarding
       $5,000 contribution for Italian Language Preservation.

1097   March 2, 2004 check from Arnao to Citizens Alliance for $12,256.53.

1098   Minutes for Citizens Alliance Board of Directors meetings on January 29, 2004,
       and February 26, 2004; and agendas for February 26, 2004, and May 6, 2004
       meetings; and schedule of board meetings for 2004.

1099   Minutes for Citizens Alliance Board of Directors meetings on September 9, 2004,
       December 16, 2004, December 22, 2004 (teleconference), December 30, 2004
       (teleconference), January 19, 2005, and February 24, 2005;  and agendas for
       December 16, 2004, January 19, 2005, and May 5, 2005 meetings; and schedule of
       board meetings for 2005.


Fraud on Citizens Alliance -- Purchases of Consumer Goods

*1130  Summary of purchases of good on Fumo's behalf.

*1131  Backup documentation regarding exhibit 1130.

1132  Purchase information database created by Spagna for Fumo's purchases, April 15, 2003.

1133  March 14, 1999 e-mail from Fumo to Egrie entitled "Your Order with Amazon.com."

1134  June 12, 1999 untitled e-mail from Fumo to Arnao regarding purchases from Grainger, and related invoice.

1135  December 7, 2000 Bubble Air invoice, and CA Holdings check 147 to Bubble Air.

1136  December 15, 2000 Whitemarsh Interiors invoice for $392.73 for work at 2020 Green Street, paid by Citizens Alliance.

1137  January 13, 2001 e-mail from Fumo to Egrie entitled "HI HONEY."

1138  Records produced by Dreifuss & Co., Inc., for period from December 20, 2000 to December 3, 2002.

*1139 Discover card records for Ruth Arnao.

1140  2001 bills from Cabinetry by Robert, with note from Lillian to Gina.

1141  January 15, 2001 e-mail from Fumo to Arnao entitled "Frontgate," and catalog page.

1142  April 14-16, 2001 e-mail exchange between Fumo and Arnao, entitled "Tool Crib."

1143  April 15 and 16, 2001 e-mail exchange between Fumo and Arnao, entitled "Tools."

1144  Sam's Club renewal dated July 24, 2001 for Citizens Alliance.

1145  West Marine purchases paid for by Citizens Alliance on September 6 and November 8, 2001.

1146  Cabela's invoices dated September 18, 2001, and July 2, 2003, to Citizens Alliance.

1147    Documents regarding September 26, 2001 order of "flambeau tuff tainers" by
Citizens Alliance from Outer Banks Outfitters.

1148    [Reserved.]

1149    Documents related to purchase of Oreck vacuum cleaners.

1150    [Reserved.]

1151    May 28, 2002 Sam's Club receipt for variety of household and other items, for
$450.48, and related Discover Card statement of Ruth Arnao and CA Holdings
check 281 dated June 28, 2002 payable to Discover for $450.48.

1152    Lowe's (Egg Harbor Township, NJ) receipt dated June 22, 2002 for door chimes,
and Lowe's (Egg Harbor Township, NJ) receipt dated June 22, 2002 for $197.84,
for tools, and related American Express statement of Ruth Arnao / Citizens
Alliance, and CA Holdings check 306 dated July 23, 2002 for $2,286.42 payable to
American Express.

1153    West Marine register detail transactions, dated July 29, 2002, for purchase of GPS
map 76 and cigarette light adapter, totaling $401.23, and CA Holdings check no.
325 to MBNA America for $401.23.

1154    MapInfo invoice IN192707 dated August 12, 2002 to Citizens Alliance for
$2,301.57, and MapInfo invoice IN192797 dated August 15, 2004 to Senate of
Pennsylvania for $695.00, and documentation regarding MapInfo Professional and
MapInfo StreetPro.

1155    August 13, 2002 e-mail from Fumo to Arnao, and August 14, 2002 e-mail from
Arnao to Spagna, entitled "Orders," and related documentation of purchases from
Jensen Tools.

1156    Documentation regarding Duluth Trading Co. order by Citizens Alliance on
August 20, 2002, for "Encyclopedia of Country Living" and other equipment; and
documentation regarding items purchased.

1157    August 20, 2002 e-mail from Grainger to Spagna entitled "Grainger.com Order
Confirmation;" invoice dated August 28, 2002 to Citizens Alliance for $1,155.61,
for various tools; Grainger packing list dated August 28, 2002; and documentation
regarding items purchased.

- 53 -

1158    American Express statement with closing date September 14, 2002 for Ruth Arnao / Citizens Alliance, and related CA Holdings check no. 353 dated September 20, 2002 to American Express for $7,439.23, regarding, among others, purchases from MapInfo, Duluth Trading, and Grainger.

1159    September 3, 2002 e-mail from Fumo to Arnao, forwarded by Arnao to Spagna, entitled "WEST Marine;" September 20, 2002 MBNA credit card statement for account of Jamie Spagna, listing purchases from West Marine paid by Citizens Alliance; West Marine register detail transactions sheet for purchases totaling $299.50 made on September 16, 2002, for GPS cell caddy, fishing net, spotlight, tools, and other items; American Express statement for Ruth Arnao/Citizens Alliance with closing date October 14, 2002; and CA Holdings check 398 dated October 25, 2002 payable to American Express for $2,516.75.

1160    Horchow invoice dated October 11, 2002 for gold eagle lamp purchased by Citizens Alliance.

1161    Nextel statement for Citizens Alliance account number 838302215 dated May 7, 2003; and CA Holdings check 529 dated May 15, 2003 payable to Nextel for $295.02 with memo 838302215.

1162    Bromley Motorcycle Sales Invoice 96094945 dated June 5, 2003 for purchase of 44" brush mower totaling $1,536.99; Bromley Motorcycle sales receipt dated; Discover Card statement of Ruth Arnao showing charge; Citizens Alliance check no. 5125 dated July 10, 2003, payable to Discover for $1,805.52.

1163    July 4, 2003 e-mails from Fumo to Arnao, entitled "Grainger."

1164    Grainger invoices to Citizens Alliance, May 2001 to December 2005.

1165    August 8, 2003 Sam's Club bill for Citizens Alliance membership (for Arnao, F. DiCicco, Cozzo, Nelson, Fumo, and C. Palumbo).

1166    July 29, 2003 Grainger invoice for cabinets and work benches, for $5,654.95; and Citizens Alliance check no. 5215 dated August 14, 2003, payable to Grainger for $5,654.95; [need to add documentation regarding items purchased].

1167    Grainger invoice dated August 11, 2003 to Citizen's Alliance for $1,001.25, for air compressor, steel creeper, service jack, and tire compressor/gauge; and

documentation regarding items purchased [have picture of steel creeper, but need pictures of other items].

1168    American Express statement for Ruth Arnao / Citizens Alliance with closing date of September 14, 2003; and accounting records and bank statement showing payment of bill by Citizens Alliance in check no. 5273.

1169    August 26, 2003 e-mail from Fumo to Arnao, entitled "Order," and related document from Grainger.

1170    September 7, 2003 e-mail from Fumo to Arnao entitled "List cabinet," and related order information from Lista International Corp.

1171    McMaster-Carr invoice 75852632 dated August 27, 2003 for $470.26 to Citizens Alliance, for hardware and other items; and accounting records and bank statement of Citizens Alliance showing payment on September 8, 2003.

1172    September 3, 2003 Amazon.com order summary #103-2420373-23294333 for $1,399.91, for various tools.

1173    Frank's Nursery receipt dated October 8, 2003 for $171.06, for votive, torch, garden light, and other items; Discover Card statement for Ruth Arnao with closing date October 16, 2003; and accounting records of Citizens Alliance showing payment.

1174    December 30, 2003 Comcast bill for Mitchell Rubin for service at 6601 Monmouth Ave, Apt. A, Ventnor City, NJ; notation CA #595.

1175    February 15, 2004 Link Tools invoice 355711 for $499.95, for ratchet and other tools purchased at the Miami Boat Show; Discover Card statement of Ruth Arnao with closing date of March 16, 2004; and Citizens Alliance check no. 5503 dated March 25, 2004, payable to Discover Card for $1,200.60.

1176    McFeeley's invoice 06048069 dated June 25, 2004 for $190.38, for deck clips, reflecting $55.38 shipping charge for Saturday delivery to 6601 Monmouth Ave., Ventnor, NJ; American Express statement for Ruth Arnao / Citizens Alliance with closing date of July 15, 2004; and Citizens Alliance check no. 5688 dated August 6, 2004 for $1,998.08 payable to American Express.

1177    September 30, 2004 Jensen Tools order confirmation billed to Citizens Alliance.

<u>Fraud on Citizens Alliance -- Vehicles for Personal Use and Use of Senate District Office</u>

*1220  Summary regarding expenses for vehicles cited in indictment purchased by Citizens Alliance and subsidiaries.

1221  Documentation regarding expenses listed on exhibit 1220 (vehicle summary) related to 1993 Chevrolet Suburban.

1221a  Sales brochure for 1993 Chevrolet Suburban.

1222  Documentation regarding expenses listed on exhibit 1220 (vehicle summary) related to 1996 Ford Explorer.

1222a  Sales brochure for 1996 Ford Explorer.

1223  Documentation regarding expenses listed on exhibit 1220 (vehicle summary) related to 1997 Ford Expedition.

1223a  Sales brochure for 1997 Ford Expedition.

1224  Documentation regarding expenses listed on exhibit 1220 (vehicle summary) related to 1998 Ford Ranger.

1224a  Sales brochure for 1998 Ford Ranger.

1225  Documentation regarding expenses listed on exhibit 1220 (vehicle summary) related to 1999 Ford F-150.

1225a  Sales brochure for 1999 Ford F-150.

1226  Documentation regarding expenses listed on exhibit 1220 (vehicle summary) related to 2000 Lincoln Navigator.

1226a  Sales brochure for 2000 Lincoln Navigator.

1227  Documentation regarding expenses listed on exhibit 1220 (vehicle summary) related to 2001 Chrysler Town and Country.

1227a  Sales brochure for 2001 Chrysler Town and Country.

1228    Documentation regarding expenses listed on exhibit 1220 (vehicle summary) related to 2002 Jeep Wrangler.

1228a  Sales brochure for 2002 Jeep Wrangler.

1228b  Photo of yellow Jeep Wrangler taken on or about June 10, 2003.

1229    Documentation regarding expenses listed on exhibit 1220 (vehicle summary) related to 2003 Cadillac Escalade.

1229a  Sales brochure for 2003 Cadillac Escalade.

1230    Documentation regarding 2005 acquisition of Jeep Grand Cherokee.

1230a  Sales brochure for 2005 Jeep Grand Cherokee.

1231    Documentation regarding expenses listed on exhibit 1220 (vehicle summary) related to "other vehicles."

1232    Documentation regarding expenses listed on exhibit 1220 (vehicle summary) related to insurance charges.

1233    September 15-16, 1999 e-mail exchange between Fumo and Vincent Fumo, Jr. (copy to Arnao and Pauciello) entitled "Floyd."

1234    January 25, 2000 untitled e-mail from Nicole Fumo to Vincent J. Fumo.

1235    January 26, 2000 memo from Rosanne to "All Staff" entitled "Citizens Alliance and other Vehicles."

1236    Margate City police report regarding May 25, 2001 accident.

1237    May 28-29, 2001 e-mail exchange between Fumo and Gina Novelli entitled "Accident."

1238    May 29, 2001 letter from The Hartford to Citizens Alliance and enclosed report of accident.

1239    May 29, 2001 e-mail exchange between Egrie and Arnao entitled "Rome."

1240   May 30, 2001 e-mail exchange between Fumo and Novelli entitled "Van."

1241   May 30, 2001 letter from Gina Cozzi (Novelli) to Margate Police Department, requesting police report.

1242   May 31-June 1, 2001 e-mail exchange between Novelli and Dawn Decker entitled "accident 108 S. Kenyon - Re: YBEACOO105."

1243   June 4, 2001 e-mail exchange between Novelli and Decker entitled "YBEACOO105."

1244   June 6, 2001 Hartford Insurance Group questionnaire answered by Fumo regarding accident.

1245   January 16, 2003 fax from William Penn Insurance Agency, Inc. to Rose Ann at Citizens Alliance re: Automobile Renewal Info.

1246   January 16, 2003 fax from Roseann Anthony to Julie Emplit.

1247   May 12, 2003 fax from Julie Emplit to Jamie at Sen. Fumo's Office re: Auto Premium Breakdown.

*1248   Summary regarding purchase by Michael Palermo of Ford F-150 and bulldozer on March 4, 2004.

1249   Documentation regarding Palermo purchases described in exhibit 1248.


Fraud on Citizens Alliance -- Tasker Street Office Improvements and Cell Phones for Senate Office and Staff

1270   December 8, 1999 memorandum from Fumo to Faber entitled "District Office - 1208 Tasker Street".

1271   Records of the Senate regarding lease of 1208 Tasker Street.

*1272   Summary of Tasker Street improvements paid for by Citizens Alliance.

*1273   Documentation regarding expenditures listed in exhibit 1273.

*1274  Summary of cell phone bills paid for by Citizens Alliance.

*1275  Documentation regarding payments listed in exhibit 1275.

1276  Check dated August 24, 2001 from Frank DiCicco to Citizens Alliance for $100 (memo line: "donation (trash removal 2 wks").

1277  Check dated March 25, 2002 from 1201 Federal Street Investments to Citizens Alliance for $615.68 (memo line: "Inv. 10603 (re-imbursement)").

*1278  Summary of payments from Fumo to Citizens Alliance for $50 per month for rent of second floor of Citizens Alliance's warehouse on Wharton St.

1279  Undated and untitled e-mail from Arnao to Egrie regarding Egrie's beeper.

1280  February 25, 2002 A.V. Construction, Inc. invoice to Pine Tree Realty for $65,485 ("Parking lot - Extra work requested, 12th & Tasker Street"); February 25, 2002 A.V. Construction Inc. invoice to Pine Tree Realty for $34,405 ("Parking Lot Construction, 12th & Tasker Streets, Philadelphia, PA"); Pine Tree Realty check 121 dated March 27, 2002, payable to A.V. Construction for $50,000; and Pine Tree Realty check 127 dated May 10, 2002, payable to A.V. Construction for $49,890 (memo: "Parking Lot 12th + Tasker").

1281  September 21, 2002 Cingular Wireless bill for mobile number (215) 407-0037; and CA Holdings check 373 dated October 2, 2003, payable to Cingular for $64.13.

1282  Entry for Nicole Fumo in Fumo's phone directory.


Fraud on Citizens Alliance -- Personal Use of Citizens Alliance's Employees

*1300  Summary of trips to shore by Citizens Alliance employees.

1301  City of Philadelphia, Department of Streets, Rubbish Collection Days Area Three.

1302  Notices to residents of Margate City, New Jersey from Department of Public Works regarding trash collection requirements.

1303  July 10, 1997 memorandum from Fumo to "All Tenants at 6601 Monmouth Avenue" regarding "Trash."

1304    Violation notice to Fumo from City of Ventnor Code Enforcement dated
         September 5, 2002, re 6601 Monmouth Avenue.

1305    October 8, 1999 e-mail exchange between Fumo and Vincent Fumo, Jr. (copy to
         Cozzo, Arnao, and Egrie) entitled "Shore - Dock."

1306    [Reserved.]

1307    March 16, 2001 e-mail from Lillian Cozzo to Arnao (copy to Fumo) entitled
         "7108," and documents regarding furniture delivery.

1308    Check no. 1265 dated February 28, 2003 from Fumo to Citizens Alliance for $250
         (memo: "Shoveling Pavement (2220)").

1309    March 15, 2003 e-mail from Fumo to Rosanne Pauciello and Arnao entitled "Snow
         shoveling,"and Pauciello's response.

1310    June 13, 2003 traffic citation issued by Ventnor City police to Charles Palumbo;
         and CA Holdings check no. 534 dated June 16, 2003, payable to Municipal Court,
         for $42.


Fraud on Citizens Alliance -- Bulldozer and Other Farm Equipment

*1340   Summary of farm equipment provided by Citizens Alliance.

*1341   Documentation regarding equipment listed on exhibit 1340.

1342    June 24, 2003 fax from Sue Swett / Sen. Fumo to Jeff at Valley Ag. on Senate
         stationary,  "Keep the Gator."

1343    June 30, 2003 e-mail from Sears.com to Jamie Spagna entitled "sears.com Order
         Confirmation, seax-003136658-seaz," confirming purchase of Motorcycle/ATV
         Jack for $174.40; July 2, 2003 Cabela's invoice for $3,555.82 to Ruth Arnao, for
         winch, rolltop cover, ATV trailer lights, and other ATV equipment; American
         Express statement for Citizens Alliance / Ruth Arnao with closing date of July 15,
         2003; and Citizens Alliance check no. 5150 dated July 23, 2003, for $5,310.39
         payable to American Express.

1344    July 10, 2003 e-mail exchange between Fumo and Swett entitled "Farm."

1345    July 21, 2003 invoice regarding sale of bulldozer from Eugene Markel to Citizens Alliance, for $27,000.

1346    July 26, 2003 invoice by Valley Ag & Turf LLC to Dave Griswald, reflecting trade-in credit for bulldozer of $12,000.

1347    Invoices from Keith Jack to Citizens Alliance.

1348    Invoices from Northbend Homes and Remodeling to Riverview Farms and Mike Palermo.

1349    Invoices from Northbend Homes and Remodeling to Citizens Alliance.

1350    2005 W-2 & W-3 regarding payments from Riverview Farm LLC to Lewis "Keith" Jack.

1351    November 12, 2003 e-mail from Keith Jack to Fumo (copy to Palermo) entitled "dozer."

1352    November 16, 2003 Philadelphia Inquirer entitled "$11 million to Fumo nonprofit."

1353    Riverview Farm LLC check 1050 dated November 19, 2003, payable to Citizens Alliance for $3,000

1354    December 9, 2003 untitled e-mail from Swett to Arnao, asking for $16,000 check for repair of bulldozer.

1355    March 4, 2004 invoice regarding sale of bulldozer from Citizens Alliance to S. Michael Palermo; and S. Michael Palermo check no. 1711 dated March 4, 2004, payable to Citizens Alliance for $25,000 with memo "bulldozer."

1356    M.P. Consulting check no. 1064 dated May 10, 2004, payable to Citizens Alliance for $2,000 with memo "bulldozer."

1357    M.P. Consulting check no. 1070 dated May 17, 2004, payable to Citizens Alliance for $2,155 (memo: "for Polaris 500").

- 61 -

Fraud on Citizens Alliance -- Political Polling

*1380  Summary of polls paid for by Citizens Alliance.

*1380a  Documentation regarding items described in exhibit 1380.

1381  March 14, 2002 invoice from Kiley & Co. to Citizens Alliance for $28,000; Citizens Alliance check no. 1185 dated April 3, 2002, payable to Kiley & Co. for $28,000.

1382  March 19, 2002 invoice from Kiley & Co. to Citizens Alliance for $16,800; Citizens Alliance check 1190 dated April 26, 2002 for $16,800 to Kiley & Co.

1383  Polling Results and Report entitled "A Survey of Attitudes in Four Proposed City Council Districts in Philadelphia," March 2002, by Kiley & Co.

1384  Polling Results and Report entitled "A Survey of Attitudes Among Philadelphia Voters," March 2002, by Kiley & Co.

1385  March 18, 2002 Federal Express receipt regarding shipment from Tom Kiley, Kiley & Company Inc., 667 Boylston St Fl 5, Boston, MA 02116, to Ken Snyder, 390 Shelbourne Lane, Phoenixville, PA 19460.

1386  March 21, 2002 memorandum Kiley & Co. to Concerned Parties regarding "Key Conclusions from City Council Surveys."

1387  April 9, 2002 Federal Express invoice regarding shipment on April 3, 2002 from Ruth Arnao, 1208 Tasker St., Philadelphia, PA, to Tom Kiley, Kiley & Company, 667 Boylston St., Boston, MA.

1388  May 7, 2002 Federal Express invoice regarding shipment on April 26, 2002 from Ruth Arnao, 1208 Tasker St., Philadelphia, PA to Tom Kiley, Kiley & Company, 667 Boylston St., Boston, MA.

1389  May 25, 2002 memorandum from Tom Kiley and Matthew Shelter to Fumo and Ken Snyder entitled "Key Survey Conclusions."

1390  Democratic State Senate Campaign Committee check no. 3651 dated February 22, 2001, for $15,320 to Global Strategy Group, Inc.

*1391  2001-03 invoices from Global Strategy Group, Inc. to Citizens Alliance.

1392  Global Strategy Group, LLC billing summary for PA Democratic State Senate - Citizens Alliance/PA Statewide.

1393  April 24, 2002 e-mail from Jefrey Pollock to other Global Strategy employees entitled "JOB SETUP: Citizens Alliance/PA Statewide - 800 Interviews; 5 minutes."

1394  August 2, 2002 e-mail from Jefrey Pollock to other Global Strategy employees entitled "JOB SETUP: Citizens Alliance/PA Statewide - 800 Interviews; 5 minutes."

1395  August 16-19, 2002 e-mail exchange between Jefrey Pollock and Juana Rojas entitled "collections."

1396  October 21, 2002 e-mail from Jefrey Pollock to other Global Strategy employees entitled "JOB SETUP: Citizens Alliance/PA Statewide - 400 Interviews; 8 minutes."

1397  Global Strategy Group, Inc., Philadelphia City Council District 1 Survey, December 2002.

1398  CA Holdings General Ledger as of December 31, 2002, with Global Strategies entries on May 31, September 20, and October 18, 2002; and attached portion of Form 1120 in which expenses are reported as "Community Development Consulting."

1399  February 5, 2003 fax from Global Strategy Group, Inc. to Citizens Alliance, including statement for balances due totaling #39,899.47.

1400  Citizens Alliance check no. 153 dated February 7, 2003, payable to Global Strategies in amount of $39,899.47.

1401  Unsigned copy of April 1, 2003 agreement between Ken Snyder and Citizens Alliance.

1402  April 23, 2003 e-mail from Jefrey Pollock to other Global Strategy employees entitled "JOB SETUP: Citizens Alliance/PA Statewide - 400 Interviews; 15 minutes."

1403    May 6, 2003 e-mail from Steven Kobasa to Arnao (copy to Fumo) entitled "Polling?????"

1404    CA Holdings check no. 568 dated September 12, 2003, payable to Global Strategy Group for $33,536, and attached invoices.

1405    E-mail exchange from September 12 to October 17, 2003 between Pollock and Snyder regarding polls and Citizens Alliance's payments.

1406    November 24, 2003 e-mail exchange between Snyder and Pollock entitled "payment."

1407    January 22, 2004 e-mail exchange between Snyder and Pollock entitled "who's paying for lawless?"

1408    March 24, 2004 untitled e-mail exchange between Arnao and Snyder regarding Global Strategy invoices.

1409    September 14, 2004 Grand Jury Subpoena to Global Strategy Group.

1410    September 28, 2004 e-mail exchange between Pollock and Snyder entitled "In harrisburg today."

1411    December 13, 2004 fax of a draft letter to Global Strategy Group from Ruth Arnao (prepared and faxed by Sprague and Sprague to Jeh Johnson., Esq.).

*1412   Summary of checks to Citizens for a Democratic Majority.

1413    Documentation regarding checks listed in exhibit 1412:  checks to Citizens for a Democratic Majority from Stephen A. Cozen, Neighbors United to Elect Frank DiCicco, Logan for Senator, Philadelphia Future PAC, David L. Cohen, Comcast Corp. PAC USA, Lavalle for State Senate Committee, Dominick A. Cipollini, Friends of John F. Street, Petco Partnership, Mark D. Lay, Thomas and Christine Santone, John F. Cordisco, Democratic State Senate Campaign Committee, ATE Kays Company, and UB of C. and J. of A. Metropolitan Regional Council of Carpenters.

1414    Records of Hudson United Bank regarding account of Committee for a Democratic Majority, changing the signator on the account from Arnao to MaryAnn Quartullo, December 6, 2004.

1415  December 26-31, 2004 e-mail exchange between Snyder and Fumo entitled "Calloway poll."

1416  Schedules of expenditures and contributions of Committee for a Democratic Majority, reporting period ending December 31, 2004.

1417  Committee for a Democratic Majority check no. 260 dated December 31, 2004, for $215,161.11 payable to CA Holdings.

1418  May 17, 2005 e-mail from Snyder to Pollock entitled "can you fedex this check before weds pls?"

*1419  Results of Global Strategy polls paid for by Citizens Alliance.


Fraud on Citizens Alliance -- Jubelirer Lawsuit

1440  October 12, 2001 letter from John A. Lawless to Gerald C. Grimaud requesting representation.

1441  October 15 and 17, 2001 engagement letters from Gerald C. Grimaud, Esq. to John A. Lawless, Chuck Pascal, and Joseph H. Widemer.

1442  October 16, 2001 e-mail from Grimaud to Christopher Craig, Lawless, and Pascal entitled "Lt. Gov. Jubelirer."

1443  Citizens Alliance check no. 1167 dated October 17, 2002, for $20,000 payable to Venture Analysis; and deposit slip for account of Venture Analysis at First Union.

1444  Citizens Alliance General Ledger as of December 31, 2001, including classification of $20,000 payment to Venture Analysis as a loan.

1445  Venture Analysis check no. 3312 dated October 19, 2001, for $17,000 payable to Gerald Grimaud, Esq., and mailing envelope.

1446  January 29, 2002 letter from Lawless to Grimaud stating willingness to appeal.

1447  October 11 and 12, 2001, and January 2, 2002 telephone messages for Gerald Grimaud from Christopher Craig, and Grimaud's handwritten notes.

Fraud on Citizens Alliance -- Ventnor Dunes Project

*1470   Summary of Ventnor Dunes expenses paid by Citizens Alliance.

1471    Undated and untitled message from Fumo asking for all census track data for
        Ventnor.

1472    Articles of Incorporation of the Riparian Defense Fund, Inc., filed with the
        Commonwealth of Pennsylvania, Department of State, May 7, 2001.

1473    August 7, 2001 e-mail exchange between Fumo and Ken Snyder (copy to Egrie)
        entitled "Dune."

1474    October 10, 2001 letter from the Internal Revenue Service the Riparian Defense
        Fund, Inc.

1475    October 12, 2001 invoice for $300 from BonData to Carl Engelke, Sen. Fumo's
        District Office, for a detailed map of Ventnor, New Jersey, with notation regarding
        payment by Citizens Alliance check no. 128.

1476    October 28-30, 2001 e-mail exchange between Fumo and Craig (copy to Arnao
        and Egrie) entitled "NJ 501(c)(3)."

1477    November 12, 2000 e-mail exchange between Marc Miller and Fumo entitled
        "D.U.N.E."

1478    January 19, 2001 memorandum from Christopher Craig to Marc Miller entitled
        "Non-profit Corporate Organization."

1479    January 24, 2001 e-mail exchange between Craig and Miller entitled "non profit."

1480    March 14, 2001 e-mail exchange among Craig, Herbert Cook, and others entitled
        "Riparian Defense Fund."

1481    June 13, 2001 letter from Marc Miller to Christopher B. Craig, Esq. regarding
        Riparian Defense Fund, Inc.

1482    July 23, 2001 overnight letter from Craig to Miller regarding New Jersey
        Registration Form.

1483   Invoices from Pepper Hamilton LLP to Citizens Alliance regarding Riparian Defense Fund, Environmental Awareness Fund, Inc., and Downbeach Community Development, Inc., dated March 2001 through September 2002.

1484   June 11, 2001 application to the IRS for 501(c)(3) tax exemption for the Riparian Defense Fund, Inc.

1485   Citizens Alliance check no. 1124 dated July 25, 2001, for $30,000 payable to Environmental Defense Fund for "study," and record showing deposit of check in Fleet Bank account of The Riparian Defense Fund, Inc.

1486   November 11, 2001 handwritten letter from Marc Miller to Christopher Craig, with attached statements and checks.

1487   November 26, 2001 e-mail from Fumo to Christopher Craig entitled "Downbeach CDC."

1488   December 5, 2001 e-mail from Petkun to Arnao (copy to Kim Perez) entitled "billing matters."

1489   February 23, 2002 e-mail exchange between Craig and Miller entitled "non profit."

1490   June 17, 2002 e-mail exchange between Arnao and Fumo, followed by correspondence to Pepper Hamilton, entitled "riparian defense fund."

1491   September 16, 2002 fax and letter from Paula Johnson to Christopher Craig regarding "NJ Dunes Project/Fumo."

1492   Three color postcards printed by Kennedy Printing regarding November 5, 2002 election.

1493   October 7, 2002 Federal Express Shipping History regarding package with tracking number 790098972375 from Kennedy Printing Company, Philadelphia, PA to Bill Green, Sheinkopf Communications, 379 W. Broadway, New York, NY.

1494   October 16, 2002 Kennedy Printing Co. invoice 8162 to Ventnor Dunes Project, attn: Ruth, and attached CA Holdings check no. 394 dated October 18, 2002 payable to Kennedy Printing for $2,341.

- 67 -

1495  October 21, 2002 Kennedy Printing Co. invoice 8162 to Ventnor Dunes Project, attn: Ruth, and attached CA Holdings check no. 408 dated October 25, 2002 payable to Kennedy Printing for $2,341.

1496  October 24, 2002 Kennedy Printing Co. invoice 8241, and October 25, 2002 invoice 162, both to Ventnor Dunes Project, attn: Ruth, and CA Holdings check no. 417 dated November 1, 2002 payable to Kennedy Printing for $2,372.08.

1497  November 4, 2002 statement from Kennedy Printing Co. to Ventnor Dunes Project, attn: Ruth, and CA Holdings check no. 426 dated November 12, 2002 payable to Kennedy Printing for $2,341.

1498  Photographs of Margate beach, taken on November 2, 2006.


Fraud on Citizens Alliance -- Cuba Trips

*1520  Summary of Cuba trips paid for by Citizens Alliance.

1521  Citizens Alliance check no. 1170 dated October 24, 2001, for $6,000 payable to Cuban Alliance Foundation.

1522  Citizens Alliance check no. 1172 dated November 5, 2001, for $6,000 payable to Cuban Alliance Foundation.

1523  November 10, 2001 memorandum from Albert A. Fox, Jr. to delegation regarding Cuba trip on November 17-20, 2001.

1524  January 3, 2002 e-mail from Fumo to Arnao entitled "Contribution."

1525  CA Holdings check no. 182 dated January 7, 2002 payable to The Cuba Alliance Foundation for $10,000.

1526  January 7-8, 2002 untitled e-mail exchange between Fumo and Arnao regarding $10,000 to Al Fox, and invitation of others to Cuba.

1527  Undated letter from Albert Fox, Jr. to Gerald Catania inviting him to travel to Cuba from September 27-29, 2002.

1528   September 20, 2002 fax from Arnao to Al Fox enclosing copy of DiCamillo's passport.

1529   October 1, 2002 Federal Express invoice regarding shipment on September 26, 2002 from Jamie Spagna, 1208 Tasker Street, Philadelphia, PA to Al Fox, Alliance for Responsible Cuba, 1501 M Street NW Suite 700, Washington, D.C. 20005.

1530   CA Holdings check no. 365 dated September 26, 2002, payable to Cuba Alliance Foundation for $7,000.

1531   September 25, 2002 memorandum from Albert A. Fox, Jr. to delegation regarding September 26-29, 2002 trip to Cuba.

1532   Portion of American Express statement of Carmen DiCamillo regarding trip to Florida.

1533   CA Holdings check no. 420 dated November 5, 2002, payable to Cuba Alliance Foundation for $5,000.

1534   CA Holdings check no. 566 dated September 10, 2003 payable to Alliance for Responsible Cuba for $5,000.


Fraud on Citizens Alliance -- Bristol Township War Dog Memorial

1550   November 3, 2000 e-mail exchange between Fumo and Marrone entitled "Passyunk/Demo."

1551   May 23, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

1552   June 4, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

1553   July 5, 2001 e-mail exchange among Fumo, Marrone, Vanessa DeSalvo, M. Casey, Chris Osborne, and Arnao entitled "Verducci - Bucks Co. fund raiser."

1554   July 17, 2001 e-mail exchange between Fumo and Marrone entitled "Bucks Cty."

1555   September 18-19, 2001 e-mail exchange between Marrone and Fumo entitled "Bucks Cty."

1556    November 1, 2001 e-mail exchange between Fumo and Marrone entitled "Fountains."

1557    November 9, 2001 e-mail exchange between Fumo and Marrone entitled "Verducci."

1558    November 14, 2001 e-mail exchange between Fumo and Marrone entitled "Statute."

1559    CA Holdings check no. 144 dated January 15, 2001, payable to Bristol Township PA Wardog Mem Fund for $50,000.

1560    Photographs of War Dog Memorial.


Fraud on Citizens Alliance -- Other Expenditures by Citizens Alliance

1570    March 5, 2002 e-mail exchange between Fumo to Arnao entitled "Christian."

1571    Real Estate 3 Corp. check no. 212 dated March 6, 2002, payable to Christian Marrone for $4,000.

1572    Real Estate Property Two, Inc. check no. 231 dated March 6, 2002, payable to Christian Marrone for $4,000.

1573    Christian P. Marrone check no. 472 dated March 7, 2002, payable to Dan Coyne for $4,000.

1574    November 10, 2002 invoice from DPC Consulting to CA Holdings for computer consulting services for $3,000, and CA Holdings check no. 427 dated November 13, 2002, payable to Dan Coyne for $3,000 with memo "Consulting Fees."


Fraud on Citizens Alliance -- Other Exhibits

1590    Photographs of premises of Citizens Alliance, and of Green Machine.

*1591 Photographs of Passyunk properties.

CONSPIRACY TO OBSTRUCT THE INTERNAL REVENUE SERVICE AND FILING
OF FALSE TAX RETURNS -- COUNTS 99-103

*1600  Summary of false items on 2002 tax returns.

1601  Citizens Alliance 990 for 1991 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1602  Citizens Alliance 990 for 1992 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1603  Citizens Alliance 990 for 1993 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1604  Citizens Alliance 990 for 1994 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1605  Citizens Alliance 990 for 1995 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1606  Citizens Alliance 990 for 1996 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1607  Citizens Alliance 990 for 1997 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1608  Citizens Alliance 990 for 1998 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1609  Citizens Alliance 990 for 1999 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1610  Citizens Alliance 990 for 2000 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1611  Citizens Alliance 990 for 2001 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1612  Citizens Alliance 990 for 2002 and attachments, including 2003 board ratification
of all transactions reported on the Form 990.

1613    2002 Instructions for Form 990.

1614    2002 Form 1120 U.S. Tax Return for CA Holdings, Inc.

1615    2003 Form 1120 U.S. Tax Return for CA Holdings, Inc.

1616    Undated memorandum from Fumo to Ken Snyder regarding Citizens Alliance funding sources.

1617    June 29, 1996 memorandum from Ron Beckman to Fumo regarding exempt organizations.

1618    August 15, 1996 letter from Ron Beckman to Christopher Craig regarding "For Profit Subsidiaries of Non Profit Corporations."

1619    February 4, 1997 notes regarding Citizens Alliance meeting involving Arnao and Roseann Anthony.

1620    November 12, 1997 letter from Ronald J. Beckman to Arnao regarding delinquency of 1992-1996 Forms 990 of Citizens Alliance.

1621    Audited financial statements for Citizens Alliance, July 1, 1998 to June 30, 2001, provided in connection with DCED grant.

1622    Draft of letter from Arnao to Goldenberg Rosenthal LLP entitled "Comments Concerning Draft Financial Statements."

1623    Drucker accountants' notes regarding audit of Citizens Alliance regarding 1998 expenditures.

1624    October 7, 1998 fax from Beckman to Arnao presenting questions on Citizens Alliance finances.

1625    December 7, 1998 fax from Rhonda Goldberg to Beckman regarding pre-audit issues for discussion.

1626    June 5, 1999 e-mail exchange between Fumo and Beckman (copy to Arnao and Jane Fumo) entitled "Citizens Alliance."

1627   June 17, 1999 letter from IRS to Citizens Alliance acknowledging receipt of request for tax-exempt status.

1628   August 13, 1999 letter from IRS to Citizens Alliance granting exemption from federal income tax.

1629   September 11, 1999 e-mail from Fumo to Craig and others (copy to Arnao and Pat Freeland) entitled "Federal form 990 - CONFIDENTIAL."

1630   April 14, 2000 letter from Elliott A. Roth, Goldenberg Rosenthal to Sandy Leopold, Office of Senator Fumo (copy to Arnao), attaching Independent Accountant's Report on Applying Agreed-Upon Procedures.

1631   November 13, 2002 e-mail from Lisa Petkun to Arnao (copy to Fumo and Kobasa) entitled "related party disclosures."

1632   Handwritten memorandum dated December 31, 2003 regarding meeting of Arnao, Amelio, and Kobasa regarding Global Strategies and other issues.

1633   Handwritten CA Holdings workpaper dated December 31, 2003, setting up account receivable for $87,660.91 for Global Strategies invoices.

1634   Handwritten Passyunk Ave. Revitalization worksheet dated December 31, 2003, showing accounts receivable adjusted balance of $66,700.

1635   Handwritten Citizens Alliance workpapers dated December 31, 2003, regarding Global Strategies receivables and reimbursement.

1636   March 27, 2004 e-mail from Amelio to Kobasa entitled "hi tech 2003 bs is," with handwritten note dated November 30, 2004.

1637   October 26, 2004 e-mail exchange between Joseph Lundy and Steve Kobasa (copy to Amelio) entitled "CABN 2003 Form 990 and Related Matters."

1638   November 12, 2004 letter from Steven J. Kobasa to Arnao regarding why the 2003 Form 990 remained incomplete.

1639   December 7, 2004 untitled e-mail exchange among Fumo, Arnao, Geoffrey Johnson, and Kobasa regarding late 990 filing and likely fine.

1640    December 23, 2004 letter from Arnao, on behalf of CA Holdings, to Fumo for Senate Committee, regarding "Reimbursement for Polling Services."

1641    January 17, 2005 e-mail from Joseph Lundy to Amelio (copy to Kobasa) entitled "CABN/IRS Form 990."

1642    January 19, 2005 memorandum to file regarding discussion with Joseph Lundy.

1643    January 25, 2005 e-mail from Amelio to John Gallagher entitled "citizens points."

1644    January 27, 2005 e-mail from Art Amelio to Joseph Lundy entitled "citizens 990."

1645    January 28, 2005 e-mail from Lundy to Amelio entitled "CABN/2003 Form 990."

1646    January 31, 2005 e-mail from Lundy to Amelio entitled "CABN/2003 Form 990."

1647    February 11, 2005 notes of meeting of Arnao, Kobasa, and Amelio.

1648    2004 Form 4720 (Return of Certain Excise Taxes on Charities and Other Persons) Instructions and Form.

1649    November 9, 2004 draft cover letter of Stockton Bates, LLC Independent Auditors' Report for Citizens Alliance as of December 31, 2003.


FRAUD ON THE INDEPENDENCE SEAPORT MUSEUM -- COUNTS 104-108

Yacht Trips

*1670   Summary of expenditures for yacht trips.

*1671   Documentation regarding expenditures listed in exhibit 1670.

*1672   Map of New England yacht trips.

1673    Independence Seaport Museum Ethics Statement, dated December 10, 1996.

1674    Rate sheets for *Enticer*.

1675    July 31, 1996 letter from Carol to Jeff regarding Fumo's charter of *Principia*; and undated memorandum to John relaying information provided by Cozzo about Fumo party's needs.

1676    August 27, 1997 memorandum from John Carter to Business Office entitled "Principia Charters."

1677    September 29, 1998 memorandum from John Carter to K. Cronin entitled "Principia," and fax cover sheet.

1678    [Reserved.]

1679    *Enticer* Charter Worksheet for Fumo charter on February 21, 1999.

1680    August 6, 1999 Priscilla Yacht Management, Inc. letter to All Brokers, enclosing rates for *Principia* and other boats.

1681    June-July 1999 notes regarding availability of *Principia*.

1682    July 15, 1999 fax from Carter to Lillian Cozzo (copy to Jeff O'Brien) regarding Fumo's dining reservations.

1683    July 22, 1999 e-mail from Fumo to Egrie entitled "Good morning Honey."

1684    August 3-4, 2000 untitled e-mail exchange between Egrie and Arnao.

1685    May 13, 2001 e-mail from Fumo to Arnao entitled "Photo album."

1686    [Reserved.]

1687    September 12, 2001 letter from John Carter to Fumo regarding charter on *Sweet Distraction*.

1688    Vincent J. Fumo (First Penn Bank account) check no. 704 dated April 15, 2004, payable to Enticer Corp. for $13,375.

1689    April 16, 2004 memorandum from John Carter to Carol Burkert regarding Fumo payment for *Sweet Distraction*.

1690    *Sweet Distraction* ledger entries for August 12-14, 2001 for ISM Fumo.

1691    July 31, 2001 e-mail exchange among from Steve, Fumo, Cozzo, Arnao, and Egrie entitled "Wed."

1692    First Union statement for Enticer Corp, August 1-30, 2002; and August 20, 2002 receipt from A&P Food Market, Nantucket, MA in the amount of $153.

1693    MBNA Business Card Statement for John Carter/Independence Seaport with closing date of April 2, 2002; Nantucket Boat Basin transient reservation request of John Carter; Citibank statement of Enticer Corp. with closing date of September 11, 2002; and Nantucket Boat Basin invoice dated August 21, 2002 with final balance due of $794.04.

1694    Yacht Log for *Enticer*, August 2002.

1695    Yacht Log for *Enticer*, August 2003.

1696    First Union statement for Enticer Corp, August 1-29, 2003; and August 20, 2003 fax of Prestige Limousine of invoice to Brad Todd for $245 for conversion van.

1697    August 12, 2003 fax from Priscilla Yacht Management to John Carter re: Enticer Update.

1698    August 27, 2003 fax from Bret Todd to Carol McMahon, attaching invoice 69073 for Matthew Fonseca for $625; Enticer Corporation check no. 1288 dated September 3, 2003, payable to Matthew Fonseca for $625.

1699    March 18, 2003 letter from John Carter to John Meigs regarding charters.

1700    May 7, 2003 letter from John Meigs to John Carter regarding "Enticer Cruise."

1701    [Reserved.]

1702    April 2, 2004 letter from Carol Ann Burkert to John Meigs enclosing commercial charter agreement for *Enticer*.

1703    April 13, 2004 letter from John Meigs to John Carter regarding "Enticer Cruise," and enclosing commercial charter agreements and deposits.

1704    April 29, 2004 letter from John Meigs to John Carter regarding "Enticer Cruise," and enclosed payments of balance due.

- 76 -

1705   May 19, 2004 resolution of ISM board regarding use of Enticer.

1706   Philadelphia Inquirer article, "Museum hired yacht for Fumo," July 11, 2004.

1707   *Enticer* promotional brochure.


Independence Seaport Museum -- Other Transactions

1730   Summary entitled "Work Billed to ISM,"created by Mark Sutherland, dated January 11, 2007.

1731   March 22-29, 2001 e-mail exchange between John Correa and Fumo (blind copy to Carter) entitled "Half Model."

1732   March 29-30, 2001 e-mail exchange between Fumo and John Carter entitled "picnic boat."

1733   February 1, 2002 invoice from Mark Sutherland to John Carter regarding deposit of $5,000 for Enticer half-hull models.

1734   Enticer accounts payable form for Mark Sutherland for $5,000 for February 1, 2002 invoice.

1735   Enticer Corporation check 0958 dated February 11, 2002, payable to Mark Sutherland for $5,000.

1736   April 17, 2002 letter from Mark Sutherland to John Carter re completion of Enticer work and balance due of $5,000.00.

1737   Enticer accounts payable form for Mark Sutherland for $5,000 for April 17, 2002 invoice.

1738   April 19, 2002 invoice of Mark Sutherland to ISM for two models of "888," for $10,000, balance due $5,000.

1739   Enticer Corporation check 0974 dated April 22, 2002, payable to Mark Sutherland for $5,000.

1740    January 8, 2003 invoice from Mark Sutherland to John Carter for $3,600 for two models of Enticer.

1741    Enticer accounts payable form for Mark Sutherland for $3,600 for January 8, 2003 invoice for $3,600.

1742    Enticer Corporation check 1152 dated January 24, 2003, payable to Mark Sutherland for $3,600.

*1743   Summary of Citizens Alliance payments for painting of *Gazela*.

1744    Citizens Alliance check no. 1238 dated October 21, 2003, for $10,000 payable to Independence Seaport Museum with memo "Grant."

1745    October 21, 2003 letter from Arnao to John Carter regarding $10,000 grant from Citizens Alliance.

1746    ISM check no. 23279 dated October 24, 2003 for $10,000 payable to Reese Palley.

1747    February 2004 agreement between John Stobart and Reese Palley regarding Palley's fee for finding buyer of Stobart painting; and agreement between CA Real Property Six, Inc. and MHP Enterprises, Inc. regarding painting of *Gazela*.

1748    Checks for payment to John Stobart for painting of *Gazela*.

1749    May 13, 2004 e-mail from Reese Palley to Sandra Heaphy entitled "Stobart painting."

1750    June 8, 2004 letter from Heaphy to Arnao regarding "Stobart painting/publicity."

1751    November 2, 2004 untitled e-mail from Arnao to Heaphy and Palley regarding receipt of painting.

1752    Photo of *Gazela* painting.

1753    Invoice No. 16817 dated November 17, 2004 from Ursula Hobson Fine Art Framing, Inc. for $1,003.66, and two related credit card receipts showing payments by CABN.

OBSTRUCTION OF JUSTICE -- COUNTS 109-141

Obstruction of Investigation

1800  July 27, 1994 memorandum from Alex Hollander, SDCS, to Fumo entitled
      "Addressing the security concerns of transmitting data across common telephone
      lines."

1801  September 24, 2002 e-mail exchange between Luchko and Coyne (copy to Fumo)
      entitled "Card Backup."

1802  September 24, 2002 e-mail exchange between Luchko and Coyne entitled "Card
      Email."

1803  October 17, 2003 e-mail from Luchko to Eister and Donald Wilson (copy to Fumo)
      entitled "BlackBerry Email Storage."

1804  November 21, 2003 untitled e-mail exchange between Swett and Liz Craig.

1805  Philadelphia Inquirer article, "Peco says it did give to Fumo nonprofit, but not how
      much," November 23, 2003.

1806  November 23, 2003 untitled e-mail exchange among Fumo, Snyder, and Craig
      (copy to Arnao, Pauciello, and Tuma).

1806a Column by Tom Ferrick, Jr. in Philadelphia Inquirer, November 23, 2003, entitled
      "Fumo's nonprofit warrants scrutiny," referred to in exhibit 1806.

1807  December 1, 2003 e-mail exchange between Luchko and Eister entitled "FYI."

1808  December 1, 2003 e-mail from Luchko to 24 members of Fumo's staff and Senate
      contractors in Philadelphia (copy to Fumo) entitled "FYI," and subsequent e-mail
      exchange between Luchko and Arnao.

1809  December 19, 2003 e-mail exchange between Christopher Craig and Ken Snyder
      entitled "First AP story."

1810  January 9, 2004 e-mail exchange between Maguire and Dlugolecki entitled
      "Backups of Emails and Calendars."

1811    January 14, 2004 e-mail from Craig McCoy to Ken Snyder, entitled "A few more questions," and subsequent exchange among Fumo, Snyder, Arnao, and Christian DiCicco (copy to Gary Tuma, Christopher Craig, Howard Cain, and Randy Albright).

1812    January 18, 2004 e-mail exchange among Fumo, Wilson, and Luchko entitled "Dottie's laptop."

1813    January 23, 2004 untitled e-mail exchange between Luchko and Dan Coyne regarding anti-key logger program.

1814    January 24, 2004 e-mail exchange between Fumo and Craig (copy to Snyder, Swett, Cain, Paul Dlugolecki, Sandy Leopold, and Sprague and Sprague attorneys) entitled "Inky story."

1815    January 24, 2004 e-mail exchange among Snyder, Fumo, and Craig (portion copied to other staff members) entitled "Inky story."

1816    January 25, 2004 Philadelphia Inquirer news article headlined, "FBI Probes Fumo Deal."

1817    January 24-25, 2004 untitled e-mail exchange between Liz Craig and Sue Swett regarding newspaper article.

1818    January 25-26, 2004 untitled e-mail exchange between Fumo and Stephen Marcus regarding use of plane, Inquirer article, anticipated FBI/IRS audit of Citizens Alliance.

1819    January 25, 2004 e-mail exchange between Luchko and Wilson entitled "Scanner."

1820    January 25, 2004 e-mail exchange exchange between Luchko and Eister entitled "On the road."

1821    January 25, 2004 e-mail from Luchko to staff members and Senate contractors (copy to Fumo and Coyne) entitled "Security."

1822    January 25, 2004 e-mail exchange among Luchko, Wilson, Eister, and Coyne entitled "Security."

1823    January 25, 2004 e-mail exchange between Coyne and Luchko entitled "Security."

1824    January 26, 2004 e-mail from Fumo to Wilson, Luchko, and Eister entitled "Eudora."

1825    January 26, 2004 untitled e-mail exchange between Luchko and Coyne regarding installing anti-key logger program on Fumo's laptop in Hummelstown.

1826    January 27, 2004 e-mail from Deborah Maguire to Christopher Craig entitled "Your question."

1827    January 27, 2004 e-mail exchange between Fumo, Luchko, and Eister (copy to Wilson, Dlugolecki, and Coyne) entitled "Email."

1828    January 27, 2004 e-mail exchange between Luchko and Eister entitled "Dead blackberry."

1829    January 27, 2004 e-mail from Deborah Maguire to Eister entitled "Fumo Email - IMPORTANT."

1830    January 27, 2004 e-mail from Deborah Maguire to Deborah Toomey entitled "cAN YOU GET AHOLD OF mARK FOR ME?"

1831    February 12, 2004 e-mail from Luchko to Arnao entitled "Blackberry."

1832    Call ticket no. 17286, March 3 to July 7, 2004, regarding anti-key logger software.

1833    March 4, 2004  e-mail exchange between Luchko and Ian Hemingway entitled "PGP Wipe."

1834    March 4-9, 2004 e-mail exchange between Luchko and PGP employees entitled "PGP Free Space Wipe."

1835    March 9, 2004 e-mail exchange between Fumo and Snyder (copy to Cain, Tuma, and Craig) entitled "Not the end of the world."

1836    March 9, 2004 e-mail exchange between Fumo and Snyder (copy to Cain, Tuma, and Craig) entitled "Not the end of the world."

1837    March 9, 2004 e-mail exchange between Fumo and Snyder (copy to Cain, Tuma, and Craig) entitled "Not the end of the world."

1838    April 6, 2004 e-mail from Luchko to Wilson entitled "Pgp wipe."

1839    April 27, 2004 federal grand jury subpoena to Citizens Alliance.

1840    May 6, 2004 Philadelphia Daily News article entitled "Fumo panel adds IKEA to agenda."

1841    May 6, 2004 Philadelphia Inquirer article entitled "Lobbyists subpoenaed in FBI inquiry of Fumo."

1842    May 10, 2004 e-mail exchange between Luchko and Philip Press entitled "Email."

1843    May 21, 2004 Philadelphia Inquirer article entitled "Fumo Probe Moves to Harrisburg."

1844    May 25, 2004 e-mail exchange between Luchko and Deborah Maguire entitled "Security Utility."

1845    Call ticket no. 22601, May 27 to June 28, 2004, regarding order of Secure Clean.

1846    June 6, 2004 untitled e-mail from Howard Cain to Melissa Maxman asking her to call his cell phone.

1847    June 7, 2004 e-mail from Luchko to Eister entitled "VJF."

1848    June 7, 2004 e-mail from Maguire to Eister and Chris Schick entitled "Security Concerns - I'll schedule another meeting."

1849    June 7, 2004 e-mail from Maguire to Eister entitled "meeting tomorrow"

1850    June 7, 2004 e-mail exchange between Luchko and Maguire entitled "confidential."

1851    June 7, 2004 e-mail exchange between Luchko and Maguire entitled "Venting."

1852    June 7, 2004 e-mail from Eister to Luchko entitled "Some quick advise."

1853    June 8, 2004 e-mail exchange between Luchko and Maguire entitled "Venting."

1854  June 8, 2004 untitled e-mail from Maguire to Eister stating, "I forget why it is so important for OUR staff to secure their own desktops . . ."

1855  June 8, 2004 e-mail exchange between Luchko and Maguire entitled "PITS."

1856  June 8, 2004 e-mail from Eister to Fumo entitled "Harrisburg staff and email security review."

1857  June 8, 2004 e-mail exchange between Fumo and Howard Cain regarding meeting with Melissa Maxman.

1858  Maguire's edits of Harrisburg e-mail plan.

1859  June 9, 2004 e-mail exchange among Eister, Fumo, and Luchko entitled "security."

1860  June 9, 2004 e-mail exchange between Luchko and Eister entitled "Returned mail: see transcript for details."

1861  Eister note 25 dated June 10, 2004, entitled "Security improvmtns."

*1862  FBI forensic examination results reflecting that a wipe was run on one of Eister's desktop computers using PGP Free Space Wipe on June 10, 2004.

*1863  FBI forensic examination results reflecting that a wipe was run on Luchko's office computer at the Tasker Street office using SecureClean on June 11, 2004.

1864  June 12-13, 2004 untitled e-mail exchange between Fumo and Eister regarding plan to delete e-mail in Harrisburg.

1865  June 13, 2004 e-mail from Luchko to Fumo (copy to Eister) entitled "security."

1866  June 14, 2004 e-mail from Jackie Hopp to Fumo staff in Harrisburg entitled "staff meeting time change."

1867  June 14, 2004 e-mail exchange between Eister and Luchko entitled "Hummelstown."

1868  June 14, 2004 e-mail from Maguire to Paul Dlugolecki entitled "Mark and the position he is in now."

1869  June 14, 2004 e-mail exchange between Luchko and Philip Press entitled "VJF Email."

1870  June 14, 2004 e-mail from Luchko to Eister entitled "Hummelstown."

1871  June 17, 2004 e-mail from Luchko to Maguire (copy to Deborah Toomey, Ellie Messersmith, and Eister) entitled "Lenny's Tight."

1872  June 21, 2004 e-mail from Maguire to Dlugolecki entitled "Thank you."

1873  July 18, 2004 e-mail from Luchko to Eister entitled "Security Question."

1874  July 24-25, 2004 e-mail exchange between Eister and Luchko entitled "Tkirby."

1875  Call ticket no. 23200, July 29 to October 4, 2004, order for upgrades to Windows XP.

*1876  FBI forensic examination results reflecting that a SecureClean wipe was run on one of Luchko's computers at the Tasker Street office on August 6, 2004.

*1877  FBI forensic examination results reflecting that a SecureClean wipe was run on Arnao's computer at Citizens Alliance and PC card on August 6, 2004.

1878  August 7, 2004 e-mail exchange between Luchko and Eister entitled "Account Status."

1879  August 9, 2004 e-mail exchange between Luchko and Eister entitled "Security Question."

1880  August 10, 2004 e-mail exchange between Eister and Luchko entitled "Carnovior."

1881  August 26-27, 2004 e-mail exchange between Luchko and Charlie Hoffman entitled "FYI."

1882  September 11, 2004 e-mail from Luchko to Eister entitled "Snooping."

1883  Eister task list regarding "Fumo security measures" completed September 30, 2004.

1884  [Reserved.]

- 84 -

1885  October 28, 2004 e-mail from Luchko to Fumo staff, several Senate contractors, and Arnao (copy to Fumo) entitled "Memo."

1886  October 28, 2004 e-mail exchange between Fumo and Craig entitled "Polls."

1887  November 4, 2004 e-mail exchange between Luchko and Eister entitled "Auto Delete."

1888  November 14-15, 2004 e-mail exchange between Luchko and Eister entitled "Eudora usage statistics."

*1889  FBI forensic examination results reflecting that a SecureClean wipe program known as "Deep Clean" was run on the desktop computer and PC card of Ruth Arnao on December 9, 2004.

1890  Eister task file (November 30, 2004 to December 20, 2004) regarding wipe of Fumo's old home computer.

*1891  FBI forensic examination results reflecting that the district office computer of Maryann Quartullo was wiped using the PGP wipe utility on December 30, 2004.

1892  [Reserved.]

1893  [Reserved.]

1894  Records produced by William Winning, Esq., regarding representation of Citizens Alliance, including January 20, 2005 letter and fax from Winning to Arnao, attaching U.S. Attorney's letter and grand jury subpoena; and billing records.

1895  January 21, 2005 e-mail from Luchko to Arnao entitled "FYI."

1896  January 21, 2005 e-mail from Luchko to Eister entitled "One More thing."

*1897  FBI forensic examination results reflecting that a wipe of Arnao's computer at Citizens Alliance was performed on January 21, 2005.

1898  January 24, 2005 e-mail from Eister to Luchko entitled "account."

1899  January 26, 2005 e-mail from Luchko to Arnao entitled "Pst File."

1900    January 26, 2005 e-mail from Luchko to Fumo's Philadelphia staff entitled "VJF Mail."

1901    January 26, 2005 e-mail from Luchko to Eister entitled "Question."

1902    January 26, 2005 e-mail from Luchko to Arnao entitled "Recover Deleted Email from PST File."

1903    January 27, 2005 e-mail from Wilson to Luchko entitled "CA Work."

1904    January 28, 2005 e-mail from Luchko to Arnao entitled "Email file."

1905    [Reserved.]

*1906   FBI forensic examination results reflecting that Luchko's office computer at the Tasker Street office was wiped using SecureClean on January 31, 2005.

1907    February 3, 2005 e-mail exchange between Luchko and Eister entitled "Blackberry Server Maintenance."

*1908   FBI forensic examination results reflecting that Fumo's office computer on Tasker Street was wiped using the SecureClean utility on February 4, 2005.

1909    February 4, 2005 e-mail exchange between Eister and Luchko entitled "VJF."

1910    February 5, 2005 e-mail from Luchko to Eister entitled "FYI."

1911    February 5, 2005 e-mail exchange between Luchko and Eister entitled "FYI."

1912    February 7, 2005 e-mail from Wilson to Luchko entitled "In late tomorrow."

1913    February 10, 2005 e-mail exchange between Luchko and Fumo entitled "FYI."

1914    February 10, 2005 e-mail exchange between Arnao and Luchko entitled "Email."

1915    February 11, 2005 e-mail from Luchko to Wilson entitled "Ruth BB."

1916    [Reserved.]

1917    [Reserved.]

1918    February 11, 2005 e-mail exchange between Luchko and Wilson entitled "Laptop Mania."

1919    February 11, 2005 e-mail exchange between Luchko and Fumo entitled "FYI."

1920    Free Space Wipe instructions, and schedule of wipes in 2004 and 2005 on Senate and Citizens Alliance computers.

1921    February 12, 2005 e-mail from Luchko to Wilson (copy to Eister) entitled "Idea."

*1922   FBI forensic examination results reflecting that Fumo's IBM laptop hard drive, which he kept at his residence in Philadelphia, was wiped using SecureClean on February 12, 2005.

1923    February 12, 2005 e-mail exchange between Luchko and Eister entitled "Anti Virus."

*1924   FBI forensic examination results reflecting that Fumo's IBM laptop hard drive, which he kept at his residence in Philadelphia, was wiped using SecureClean on February 16, 2005.

1925    February 18, 2005 federal grand jury subpoena to Office of Senator Fumo at 1208 Tasker Street.

1926    February 18, 2005 federal grand jury subpoena to Senate Democratic Computer Services.

*1927   FBI forensic examination results reflecting that Luchko performed a PGP Free Space Wipe on the PC card that he kept at his home on February 19, 2005.

1928    February 21, 2005 e-mail from Eister to Maguire entitled "this is what happened to the server."

1929    February 27, 2005 e-mail exchange between Eister and Luchko entitled "Mail."

1930    February 18, 2005 e-mail from Luchko to Wilson entitled "FBI."

1931    March 1, 2005 e-mail exchange between Eister and Maguire entitled "I want to send this to fumo-Delegated."

1932    March 8, 2005 e-mail from Maguire to Luchko, Eister, and Wilson entitled "Final note - email."

1933    March 18, 2005 e-mail from Luchko to Eister entitled "Blackberry."

1934    March 21, 2005 e-mail from Maguire to Senate staff members entitled "Email Project."

1935    March 23, 2005 e-mails from Luchko and Eister to each other and to Fumo (copy to Wilson and Maguire) entitled "mail server information."

1936    [Reserved.]

1937    April 20, 2005 e-mail from Eister to Luchko entitled "email."

1938    April 25, 2005 e-mail exchange between Luchko and Eister entitled "Email."

1939    May 19, 2005 e-mail exchange between Fumo and Luchko entitled "Phil Press."

1940    June 9, 2005 e-mail exchange between Eister and Allison Pinto entitled "question."

*1941    FBI forensic examination results reflecting that one of Fumo's PC cards was wiped using the SecureClean utility on June 17, 2005.

1942    October 19, 2005 e-mail exchange among Gary Tuma, Fumo, Christopher Craig, Howard Cain, Ken Snyder, Chris DiCicco (copy to Mark Sheppard and Richard Sprague) entitled "einhorn/DO."

*1943    FBI forensic examination results reflecting that Luchko wiped a laptop computer, which was later seized by the FBI from his home, using the SecureClean wipe utility on September 2, 2005.

*1944    Evidence seized on October 20, 2005 from Luchko's home: six PC cards, Luchko's Blackberry device, and Luchko's Senate-issued laptop computer.

1945    December 21, 2005 e-mail exchange between Fumo and Luchko entitled "FYI."

1946    Spreadsheet of source of documents produced by Fumo's office.

PECO and Verizon

1990    March 8, 1999 fax from Christopher Craig to Steve Wojdak with attached Bell
        Atlantic Settlement Term Sheet with handwritten notes.

1991    April 12, 1999 memorandum from Dan Whelan to Julie Conover regarding
        demands from Senator Fumo's office.

1992    February 10, 2000 note from Diane to Julie asking Julie to call Dan Whelan about
        Bell Atlantic Settlement Term Sheet.

1993    May 17, 2001 letter from Stephen A. Cozen to Julie Conover regarding agreement
        to share a portion of fees with Fumo.

1994    June 13, 2001 letter from Conover to Cozen objecting to fee sharing.

1995    June 22, 2001 e-mail from Fumo to Chuck Hardy at Sprague & Sprague entitled
        "Prehearing order."

1996    August 13, 2001 letter from Charles J. Hardy to Julie A. Conover and William B.
        Petersen, Verizon Pennsylvania, attaching draft of letter from Craig to PUC.

1997    February 8, 2002 letter from Christopher Craig to James McNulty, Secretary, PUC.

1998    February 27, 2002 letter from Fumo to Glenn R. Thomas, Chairman, PUC.

1999    March 13, 2002 letter from James J. McNulty, Secretary, Pennsylvania Public
        Utilities Commission, to Julie Conover, Esq., Verizon regarding response to
        Fumo's document request.

2000    March 2002 Thomas Leonard/Obermayer billing records for Verizon with letter
        from Leonard to Verizon dated April 24, 2002.

2001    March 25, 2002 letter from Daniel J. Whelan to Senator Fumo regarding
        withdrawal of February 8, 2002 letter.

2002    March 26, 2002 letter from Fumo to Glenn R. Thomas, Chairman, PUC regarding
        agreement with Verizon.

- 89 -

2003   April 18, 2002 letter from Christopher Craig to James J. McNulty, Secretary, PUC
       withdrawing letter of February 8, 2002.

## SUMMARY EXHIBITS

*2010 Timeline of significant events.

*2011 Sources of e-mails marked as exhibits.

*2012 Map of relevant sites in Philadelphia area.

*2013 Calendar.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused to be delivered by electronic filing to the

Clerk of Court (resulting in an e-mail copy sent to counsel by the Clerk of Court), and by

United States mail, postage prepaid, a true and correct copy of the foregoing pleading, to

the following:

Dennis J. Cogan, Esq.
2000 Market Street, Suite 2925
Philadelphia, PA  19103

Stephen R. LaCheen, Esq.
LaCheen Dixon Wittels & Greenberg, LLP
1429 Walnut Street, 13th Floor
Philadelphia, PA 19102

Peter Goldberger, Esq.
50 Rittenhouse Place
Ardmore, PA 19003

Counsel for Defendant Vincent J. Fumo

Edwin J. Jacobs, Jr., Esq.
Jacobs and Barbone, P.A.
1125 Pacific Avenue
Atlantic City, NJ  08401

Counsel for Defendant Ruth Arnao

James C. Schwartzman, Esq.
Todd James Cook, Esq.
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, PA  19103

Counsel for Defendant Leonard P. Luchko

Brian McMonagle, Esq.
McMonagle, Perri & McHugh, P.C.
30 South 15th Street
Suite 701
Philadelphia, PA  19102

Counsel for Defendant Mark C. Eister

*/s Robert A. Zauzmer*
ROBERT A. ZAUZMER
Assistant United States Attorney

Dated:  April 7, 2008.