# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 06-319** |
| | : | |
| **VINCENT J. FUMO** | : | |
| **RUTH ARNAO** | : | |

## EXHIBITS ADMITTED DURING TESTIMONY
## OF SPECIAL AGENT VICKI HUMPHREYS

At the conclusion of the direct examination of Special Agent Vicki Humphreys, the government moved the admission of numerous trial exhibits shown to Agent Humphreys in the course of her testimony, and a number of others not shown to her based on the agreement of the defendants. At the suggestion of defense counsel, and with the explicit approval of the Court, the government was directed to file a list of each of the trial exhibits that was admitted by the Court in lieu of reading each of the numbers in Court in the presence of the jury.

In accordance with this instruction from the Court, and with the specific request that this filing be made a part of the official trial record in this case, the United States of America identifies each of the exhibits admitted into evidence today, along with the two exhibits to which objections were lodged by defense counsel and which await final determination by the Court regarding admissibility:

**Exhibits Identified During Testimony of Special Agent Humphreys:**

| | | | | |
|---|---|---|---|---|
| D-670-679 | 211/211T | 485 | 863 | 1024 |
| D-3_1 | 219/219T | 486 | 870 | 1027 |
| 5 | 222 | 487/487T | 873/873T | 1027a |
| 6/6T | 223 | 489 | 877 | 1028 |
| 11 | 225/225T | 490 | 884 | 1028a |
| 32 | 226 | 491 | 885 | 1029 |
| 36 | 250 | 492 | 887 | 1030 |
| 37 | 261 | 497 | 888 | 1031 |
| 52 | 262 | 500/500T | 894 | 1031a |
| 53 | 277 | 501 | 902 | 1032 |
| 56 | 328 | 502 | 903 | 1033 |
| 56a | 333 | 503 | 904 | 1036 |
| 58 | 336 | 506/506T | 905a | 1037 |
| 58a | 386 | 507 | 905b | 1037a |
| 59 | 390 | 511 | 905c | 1038 |
| 61 | 401 | 523 | 905 | 1039 |
| 61a | 402 | 579 | 906 | 1040 |
| 65 | 410 | 593 | 908 | 1042 |
| 66 | 414 | 602 | 909 | 1044 |
| 75a | 415 | 605 | 910 | 1099 |
| 103 | 418 | 606 | 911 | 1105 |
| 104 | 425/425T | 610 | 912 | 1105a |
| 109-129 | 429 | 614 | 941 | 1105b |
| 130 | 430 | 617 | 959 | 1106 |
| 137 | 438 | 628 | 977 | 1107 |
| 140 | 450 | 641 | 986 | 1108 |
| 141 | 451 | 657 | 987 | 1109 |
| 142 | 452/452T | 667 | 996 | 1112 |
| 143 | 453 | 668 | 1001 | 1113 |
| 153 | 454 | 669a | 1005 | 1115/ |
| 153a | 469/469T | 671 | 1006 | 1115T |
| 154 | 472 | 780 | 1008 | 1116 |
| 162 | 473/473T | 803 | 1010/ | 1117 |
| 164 | 474 | 806 | 1010T | 1136 |
| 165 | 475 | 858 | 1015a | 1150a |
| 195 | 476/476T | 858a | 1015b | 1150b |
| 201 | 479/479T | 859 | 1021 | 1150 |
| 203 | 481 | 859a | 1022 | 1151 |

| | | | | |
|---|---|---|---|---|
| 1152 | 1443 | 1473T | 1560 | 1638a |
| 1171 | 1444 | 1498 | 1564 | 1639 |
| 1174 | 1454 | 1502 | 1582 | 1640 |
| 1183 | 1456 | 1546 | 1583 | 1642 |
| 1183a | 1457 | 1551 | 1602 | 1643 |
| 1233a | 1464 | 1554 | 1605 | 1643a |
| 1275 | 1469 | 1559 | 1637 | |
| 1330 | 1473/ | | | |

**Other Exhibits Not Shown During Testimony of Agent Humphreys but Admitted Based on Agreement of the Defendants:**

**Exhibits referenced in Summary Exhibit 261**:

**Exhs. 292, 309, 325, 326, 327, 329, 330, 334, 338, 339, 340, 342, 343, 344, 346, 347, 349, 349, 350, 351, 352, 353, 354, 355, 357, 358, 359, 360, 361, 363, 364, 368, 369, 372, 373, 647**

**Exhibits referenced in Summary Exhibit 511**:

**Exhs. 463, 508, 509, 510, 765**

**Exhibits referenced in Summary Exhibit 606**:

**Exhs. 366, 367, 534, 535 544, 545, 546, 548, 549, 550, 551, 552, 553, 554, 555, 556, 557, 558, 559, 560, 561, 562, 563, 564, 565, 566, 567, 568, 569, 570, 571, 572, 573, 576, 578, 581, 582, 583, 585, 587, 588, 590, 591, 592, 594, 595, 596, 597, 598, 599, 600, 601, 603, 604, 605, 638, 643**

**Exhibits referenced in Summary Exhibit 671**:

**Exhs. 716, 740, 762**

**Other Exhibits**

**Exh. 1495, 1497, 1530**

**Exhibits Shown to Agent Humphreys That Are Objected to by Defendants and Which Await a Ruling by the Court:**

    **Exhs. 1015, 1635**

        Respectfully submitted,

        LAURIE MAGID
        Acting United States Attorney


        */s/ John J. Pease*
        JOHN J. PEASE
        Assistant United States Attorney


        */s/ Robert A. Zauzmer*
        ROBERT A. ZAUZMER
        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be delivered by electronic filing to the Clerk of Court (resulting in an e-mail copy sent to counsel by the Clerk of Court), and by direct e-mail, a true and correct copy of the foregoing pleading, to the following:

>Dennis J. Cogan, Esq.
>2000 Market Street, Suite 2925
>Philadelphia, PA  19103
>
>Stephen R. LaCheen, Esq.
>LaCheen Dixon Wittels & Greenberg, LLP
>1429 Walnut Street, 13th Floor
>Philadelphia, PA 19102
>
>Peter Goldberger, Esq.
>50 Rittenhouse Place
>Ardmore, PA 19003
>
>David E. Shapiro, Esq.
>1429 Walnut Street
>Suite 1301
>Philadelphia, PA  19102
>
>Nialena Caravasos, Esq.
>Fitzpatrick & Caravasos
>926 Public Ledger Building
>620 Chestnut Street
>Philadelphia, PA  19106
>
>Counsel for Defendant Vincent J. Fumo

        Edwin J. Jacobs, Jr., Esq.
        Stephen F. Funk, Esq.
        Jacobs and Barbone, P.A.
        1125 Pacific Avenue
        Atlantic City, NJ  08401

                Counsel for Defendant Ruth Arnao


                              */s John J. Pease*
                              JOHN J. PEASE
                              Assistant United States Attorney

Dated:  January 21, 2009.