IN THE COURT OF COMMON PLEAS FOR THE
STATE OF PENNSYLVANIA
IN AND FOR PHILADELPHIA COUNTY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CASE ID NO. |
| RUTH ARNAO : | |
| : | |
| IN RE: FORFEITURE OF PREMISES KNOWN : | 06-cr-319 |
| AS **1608 GREEN STREET, PHILADELPHIA,** : | United States District Court |
| **PENNSYLVANIA**, A PARCEL OF REAL : | Eastern District of Pennsylvania |
| PROPERTY AND ALL APPURTENANCES : | |
| THERETO, LYING IN PHILADELPHIA : | |
| COUNTY, PENNSYLVANIA AND ANY : | |
| PROCEEDS FROM THE SALE THEREOF : | |

**PRAECIPE**

TO THE RECORDER OF DEEDS:

Please file the attached Notice of Lis Pendens against **RUTH ARNAO** in the appropriate index of the Court. I hereby certify that this action affects title or other interest in the real property known as **1608 GREEN STREET, PHILADELPHIA, PENNSYLVANIA.**

Respectfully submitted,

LAURIE MAGID
United States Attorney

JOHN PEASE
Assistant United States Attorney

Dated: 3-17-2009

FILED
AUG 03 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN THE COURT OF COMMON PLEAS FOR THE
STATE OF PENNSYLVANIA
IN AND FOR PHILADELPHIA COUNTY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | MARCH 2009    002853 |
| v. : | CASE ID NO. |
| : | |
| RUTH ARNAO : | |
| : | |
| IN RE: FORFEITURE OF PREMISES KNOWN : | 06-cr-319-01 |
| AS **1608 GREEN STREET, PHILADELPHIA,** : | United States District Court |
| **PENNSYLVANIA**, A PARCEL OF REAL : | Eastern District of Pennsylvania |
| PROPERTY AND ALL APPURTENANCES : | |
| THERETO, LYING IN PHILADELPHIA : | |
| COUNTY, PENNSYLVANIA AND ANY : | |
| PROCEEDS FROM THE SALE THEREOF : | |

### PRAECIPE

TO THE PROTHONOTARY:

Please file the attached Notice of Lis Pendens against **RUTH ARNAO** in the appropriate index of the Court. I hereby certify that this action affects title or other interest in the real property known as **1608 GREEN STREET, PHILADELPHIA, PENNSYLVANIA**.

Respectfully submitted,

LAURIE MAGID
United States Attorney

Dated: March 17, 2009

JOHN PEASE
Assistant United States Attorney

United States Of America Vs Arnao-PETIT

0903028530003

commit, or to facilitate the commission of these criminal acts. This real property or the proceeds of any sale thereof subsequent to August 1991 is therefore subject to forfeiture pursuant to 18, U.S.C. § 981(a)(1)(c), 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p).

The name of the person whose interests is intended to be affected is **RUTH ARNAO and all successors, heirs and assignees**. The property to which this Lis Pendens refers, is described in the most recent Deed of Record in the Philadelphia County Recorder of Deeds' Office in Philadelphia, Pennsylvania, in Document number 51800390, as owned by RUTH ARNAO and MITCHELL RUBIN, and is further described as follows:

> ALL THAT CERTAIN lot or piece of ground, being Lot 6 as shown on a Permit plan prepared by RGV Builders, LLC prepared by Floravanti Inc., Consulting Engineers and Land Surveyors of Southampton, Pennsylvania, being dated August 3, 2004 last revised on December 17, 2004, more particularly described as follows:
>
> BEGINNING at a point being located the following courses and distances from the Westerly right of way line of 16th Street (50 foot right of way) and the Southerly right of Green Street (70 foot right of way) Westward along the Southerly right of way of Green Street 86.59 feet to the place and point of beginning; thence from said point of beginning leaving the Southerly right of way line of Green Street Southwestardly a distance of 99.96 feet to a point; thence Northwestwardly a distance of 21.42 feet to a point; thence Northeastwardly a distance of 99.96 feet to a point along the Southerly right of way line of Green Street, thence Southeastwardly a distance of 21.42 feet to a point and place of beginning.
>
> SUBJECT to a cross access easement as shown on a Permit Plan prepared for RGV Builders, LLC prepared by Floravanti, Inc. Consulting Engineers and Land Surveyors of Southhampton, Pennsylvania being dated August 3, 2004 last revised on December 17, 2004.
>
> Being known as 1608 Green Street, Lot 6
> BRT #08-4-0665-25
>
> Being part of the same premises which Samuel Rappaport Family Partnership by Deed dated 1/11/2005 and recorded 1/26/2005 in Philadelphia County as Document No. 51104598 conveyed unto 1600 Green Street, L.P., it successors and/or assigns, in fee.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

LAURIE MAGID
United States Attorney

Dated: March 17, 2009

JOHN PEASE
Assistant United States Attorney